UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Ramon RODRIGUEZ VAZQUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Drew BOSTOCK, Seattle Field Office Director, Enforcement and Removal Operations, United States Immigration and Customs Enforcement (ICE); et al., <br><br> Defendants. | **DECLARATION OF SYDNEY MALTESE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND MOTION FOR PRELIMINARY INJUNCTION** |

I, Sydney Maltese, hereby declare as follows:

1. I submit this declaration in support of plaintiffs' motion for class certification and motion for preliminary injunction. I am over the age of 18, have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would testify competently as set forth below.

2. I am a paralegal with Northwest Immigrant Rights Project, counsel of record for Plaintiffs.

MALTESE DECL. – 1

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611

3. Attached as Exhibit A is a true and correct redacted copy of the unpublished Board of Immigration Appeals (BIA) decision sustaining respondent's appeal in *Matter of I-P-C-,* dated September 1, 2023.

4. Attached as Exhibit B is a true and correct redacted copy the unpublished Board of Immigration Appeals (BIA) decision remanding for further proceedings, dated April 11, 2023.

5. Attached as Exhibit C is a true and correct redacted copy of Joint Motion of Respondent and Amici Curiae to Publish Decision, filed by counsel before the BIA on behalf of the respondent in *Matter of I-P-C-*, dated October 16, 2023.

6. Attached as Exhibit D is a true and correct redacted copy of correspondence from the BIA to counsel in *Matter of I-P-C* denying Joint Motion to Publish Decision, signed by Chief Clerk Donna M. Carr, dated December 11, 2023.

7. Attached as Exhibit E is a true and correct redacted copy of the Custody Order of the Immigration Judge directed to Respondent Ramon Rodriguez Vazquez ordering denial for lack of jurisdiction signed by Immigration Judge John Odell, dated March 12, 2025.

8. Attached as Exhibit F is a true and correct redacted copy of Department of Homeland Security Form I-862 Notice to Appear.

These documents have been marked pursuant to LCR 10(e)(10).

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Executed this 19th day of March, 2025, in Seattle, Washington.

*/s/ Sydney Maltese*
Sydney Maltese
Paralegal
NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400

Seattle, WA 98104
Telephone: (206) 816-3866
Email: sydney@nwirp.org

MALTESE DECL. – 3

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611