# EXHIBIT A



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**TACOMA IMMIGRATION COURT**

| | |
|---|---|
| Respondent Name:<br>C████ M██████, J██████ J██ | A-Number:<br>████████ |
| To:<br>Cortes Romero, Luis Alberto<br>19309 68th Avenue South<br>Suite R102<br>Kent, WA 98032 | Riders:<br>In Custody Redetermination Proceedings<br><br>Date:<br>08/29/2023 |

**ORDER OF THE IMMIGRATION JUDGE**

CUSTODY ORDER OF THE IMMIGRATION JUDGE

Request having been made for a change in the custody status of the respondent pursuant to 8 C.F.R. Part 236 and having considered the representations of the Immigration and Customs Enforcement and the respondent, it is HEREBY ORDERED that:

**Order:**

[ ]   No Action: withdrawn by party

[X]   ORDERED No Jurisdiction:
       [ ] Arriving Alien.
       [X] Mandatory Detention under 235(b)(1), (b)(2)(A)
       [ ] Mandatory Detention under 236(c).
       [ ] Reinstated Order of Removal / Final Order of Removal
       [ ] Withholding Only Proceedings
       [ ] Does not meet the 180 day requirement.

****In the alternative:
[X]   ORDERED that the request for a change in custody status be denied.
       Bond to remain at No Bond.

[ ]   ORDERED that the request be granted and that respondent be

released from custody under bond of $_____

[X]   Danger to Community.
[ ]   OTHER: Conditional release is: granted / denied / was not requested / any conditions set by ICE/DHS.
[ ]   OTHER: Ability to pay considered.
[ ]   OTHER: By agreement of parties.

Attachments:   [ ] EOIR-33  [ ] EOIR-28   [ ] Legal Services List   [X] Appeal Packet   [ ] Other

*[signature]*

Immigration Judge: FLOYD, CHARLES  08/29/2023

Appeal:   Department of Homeland Security:   ☒ waived   ☐ reserved
          Respondent:                        ☐ waived   ☒ reserved

Appeal Due: 09/28/2023

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service

To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS

Respondent Name : C█████ M█████, J█████ J████ | A-Number : ████████

Riders:

Date: 08/29/2023  By: NDLT, Court Staff