# Exhibit 1



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**TACOMA IMMIGRATION COURT**

| | |
|---|---|
| Respondent Name: ▮▮▮▮▮▮▮▮▮▮ | A-Number: ▮▮▮▮▮▮ |
| To:<br>Boyd, Adam William<br>1000 Second Ave.<br>Suite 1600<br>Seattle, WA 98104 | Riders:<br>In Custody Redetermination Proceedings<br><br>Date:<br>10/03/2024 |

## ORDER OF THE IMMIGRATION JUDGE

CUSTODY ORDER OF THE IMMIGRATION JUDGE

Request having been made for a change in the custody status of the respondent pursuant to 8 C.F.R. Part 236 and having considered the representations of the Immigration and Customs Enforcement and the respondent, it is HEREBY ORDERED that:

**Order:**

[ ] No Action: withdrawn by party

[X] ORDERED No Jurisdiction:
  [ ] Arriving Alien.
  [X] Mandatory Detention under 235(b)(1), (b)(2)(A)
  [ ] Mandatory Detention under 236(c).
  [ ] Reinstated Order of Removal / Final Order of Removal
  [ ] Withholding Only Proceedings
  [ ] Does not meet the 180 day requirement.
  [ ] Other:

[ ] ORDERED that the request for a change in custody status be denied.
 Bond to remain at $_____ OR REMAINS AT NO BOND.

[X] Alternative ORDER that the request be granted and that respondent be
 released from custody under bond of $10,000

[X] Flight Risk.
[X] OTHER: Conditional release is denied.
[X] OTHER: Ability to pay considered.
[ ] OTHER: By agreement of parties.

Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Appeal Packet [ ] Other:

*T. Scala*

Immigration Judge: Scala, Theresa 10/03/2024

Appeal:  Department of Homeland Security:  [✓] waived   [ ] reserved
         Respondent:                        [✓] waived   [ ] reserved

Appeal Due:

## Certificate of Service

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS
Respondent Name : ▮▮▮▮▮▮▮▮▮▮▮▮ | A-Number : ▮▮▮▮▮▮
Riders:
Date: 10/03/2024 By: Kendra Lubchenco, Court Staff