## SWORN DECLARATION OF JULIA BRAKER

I, Julia Braker, hereby declare under penalty of perjury:

1. I am an attorney licensed to practice law in Oregon. My business address is 537 SE Ash St Portland, OR 97214-1158.

2. I have been practicing immigration law for the last 11 years. From January 2019 to February 2024, I was employed as a staff attorney at the Northwest Immigrant Rights Project. During that time, I focused on representing individuals detained at the Northwest ICE Processing Center in bond and removal proceedings before the Tacoma Immigration Court.

3. On September 19, 2023, I represented a detained noncitizen for a custody redetermination proceeding before Assistant Chief Immigration Judge (ACIJ) Theresa Scala. My client had entered the United States without inspection in or around the year 1994 or 1995, had not been apprehended at or near a port of entry, and was charged as being inadmissible under 8 U.S.C. § 1182.

4. As part of my client's request for bond—specifically, in support of the argument that ACIJ Scala has jurisdiction to conduct a bond hearing pursuant to § 1226(a)—I submitted an unpublished Board of Immigration Appeals (BIA) decision finding that the immigration judge had jurisdiction to make a custody redetermination in a similarly situated case. The noncitizen in that case, through his counsel, had given NWIRP permission to file the unpublished decision.

5. During the hearing, ACIJ Scala did not engage with the reasoning of the decision and only asked whether I had obtained permission to submit it, to which I responded that I did. ACIJ Scala concluded that she lacked jurisdiction to conduct a custody redetermination in my client's case and that, in the alternative, he was a danger and flight risk.

6. Attached as Exhibit 1 is a true and correct, redacted copy of the unpublished BIA decision that I filed in support of my client's request for bond.

7. Attached as Exhibit 2 is a true and correct, redacted copy of ACIJ Scala's decision following the September 20, 2023, hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed this 27 day of February, 2025, in Portland, Oregon.

_____          02/27/2025_____
Julia Braker                                          Date
Julia.braker@clear-clinic.org