# DECLARATION OF RAMON RODRIGUEZ VAZQUEZ

I, Ramon Rodriguez Vazquez, hereby declare:

1. My name is Ramon Rodriguez Vazquez. I am over the age of 18 and I am competent to testify regarding the matters described below. I am a putative class member in this case.

2. I am currently detained at the Northwest Immigration and Customs Enforcement (ICE) Processing Center (NWIPC).

3. I have been living and residing in Grandview, Washington since 2009. I own my trailer where my family and I live and I am very proud of that purchase. I made a loan seven years ago and I had just stopped paying for it two months ago so I own it now.

4. All of my family lives in the United States, including my four children and my wife. My wife and I had been married for almost 40 years. My children are already adults and all of them have children so I am a proud grandfather of ten United States citizen children and I love them with all my heart. My four children and my ten grandchildren live in Grandview just a few minutes from my house. In addition to my nuclear family, I also have eight siblings who live in California, all whom are United States citizens.

5. I was arrested at my home in Grandview, Washington on February 5, 2025. The arrest occurred at six in the morning. At the time, I was making lunch at home because I was about to leave to go to work. While I was doing so, someone knocked, yelling "we are the police." A few seconds later, a group of officers threw down the door and came in. They took me outside where I was interrogated and ultimately arrested by immigration officers for being here in the United States without proper documentation.

6.	After this happened, I was transferred to NWIPC, where I was placed in removal proceedings. ICE has charged me as removable because I entered the United States without inspection. I have now been detained for over a month.

7.	I work in the agriculture sector and have been doing so since 2009.

8.	I have never been arrested by the police, charged with a crime, or convicted of any type of crime anywhere. In my free time I enjoy being with my family and attending the Catholic church on Sundays.

9.	This is my very first time being detained and it has been extremely difficult. It is incredibly tough for me to be away from my wife, children, and my ten grandchildren. I am very close to all of them and I miss seeing their faces and hugging them. I speak with them at least twice a day. I love all my grandchildren but I have a very special connection with one of my granddaughters, Kailani, and she talks to me almost every day. Kailani has ebstein anomaly in her heart and her health is delicate. She is six years old so she does not really understand why I am not at home. She has been very affected by my absence and that is why she asks to talk to me often. I miss her so much and it really makes me sad to know that she is constantly asking about my whereabouts. I have been a consistent help in the care of her so this is extremely difficult for all of us. I am attaching pohotos with my children and grandchildren to this letter. (See Exhibit 1). I am also really scared just thinking on the possibility of my deportation; I have lived here for a long time, and my entire life is here and I cannot really entertain the idea of not seeing and hugging my family again. This is really devastating for my family and for me. There is no day that I do not cry just thinking about them.

10.	I also have a number of health issues, making detention especially hard. I have high blood pleasure, and I have to take a number of medications daily. I am taking lisinopril,

aborbastaeil, and omeprazole. After I was detained at the NWIPC, I was not given my medication for over a week. I had horrible headaches, pimples on my head, and my feet were extremely inflamed. I also felt significant pain in my stomach during the week I was not provided medication, and this made me unable to eat or sleep well. I begged the GEO staff to give me the medication, but they were unresponsive.

11. On March 12, 2025, I had a bond hearing before the immigration court. I was represented by my attorney, Carlos Contreras. At that hearing, the immigration judge said that he could not consider my case. My understanding is that I was denied a bond because the immigration judge concluded I had entered the United States without inspection and therefore I am subject to mandatory detention, meaning I am not eligible for release under any bond. That was the only reason of why the immigration judge denied my bond.

12. I filed an appeal of the immigration judge's decision denying me a bond hearing on March 13, 2025. The appeal is pending. I understand that it typically takes many months for the Board of Immigration Appeals (BIA) to issue a decision in bond appeals.

13. Being detained and having to wait months to receive a real opportunity to be released from detention is extremely hard. As I described, I require daily medication and here in the detention center there is no guarantee that I will have access to my medications as needed. Already my health has declined significantly for that reason. My blood pressure has not been stable, and my feet are often swollen. I have been unable to sleep well because of the bright lights at night and constant noise. And I am constantly stressed—about my health, about my case, and especially about my family. I feel desperate and extremely depressed because of all of this.

14. I also do not have a lawyer to defend me from deportation yet. This makes me extremely worried because I know that being detained will make it much harder to gather evidence and prepare my case, especially without a lawyer. I have to depend on my wife to help me when she is already doing so much to help keep our family afloat without me.

15. My next Master Calendar Hearing has been set for March 27, 2025 and my family cannot afford to hire an attorney so I have no possibility of being represented while detained. I am very anxious about that. I am so scared for what could happen to me if I am deported and for my family here in the United States.

16. I want to be a named plaintiff in this case and I understand that if the Court grants the motion for class certification, I would represent a large number of people who: (a) have entered the United States without inspection; and (b) who have been denied a bond hearing for that reason. In addition, I also understand that I will represent a class of persons who have filed an appeal of their immigration judge decision denying bond.

17. I also understand that I would represent people who are currently in detention and who have been denied a bond hearing for the same reason as me, as well as people that will be in detention in the future and denied a bond hearing on this basis. In addition, I understand that I will represent people who have a pending appeal at the BIA of a bond decision, as well as people who file such appeals in the future.

18. I understand that, as a class representative, I represent the interests of all class members in this lawsuit and that it is my responsibility to represent the interests of the whole class and not just my own personal interests.

19. I understand that my duty to be a class representative continues until the Court decides this case is no longer a class action, or the case is over.

20. I understand and accept that any resolution of the lawsuit, for example by settlement and dismissal, is subject to Court approval and must be in the best interests of the class as a whole.

21. I understand that, by agreeing to become a class representative, I have a duty to take steps to help move the case forward, which I will do with my attorneys. I know that I must attend court if necessary; provide information to my attorneys that they feel is necessary for the case; give them documents I have if it is required; testify at a deposition or trial if necessary; and provide my attorneys with my contact information and current whereabouts because it may be necessary for them to contact me on short notice.

22. I understand that I am volunteering to represent many other detained persons with similar claims. I believe it is important that people in my situation receive a bond hearing and a timely decision on any appeal of the bond decision in their case.

I, Ramon Rodriguez Vazquez, declare under penalty of perjury of the laws of the State of Washington and the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Tacoma, Washington on March 13, 2025.

By: _____
Ramon Rodriguez Vazques

Decl. of Ramon Rodriguez Vazquez

NORTHWEST IMMIGRANT RIGHTS PROJECT
2209 N Pearl St. Suite 200
Tacoma, WA 98402
Telephone (206) 957-8650

**CERTIFICATE OF INTERPRETATION**

I, Andrea Lino, hereby certify that I read the foregoing to Ramon Rodriguez Vazquez in Spanish, and that he indicated that he understood and agreed to the contents. I further certify that I am competent in both English and Spanish to render and certify such interpretation.

Dated this 13th of March, 2025.

_____
Andrea Lino
Northwest Immigrant Rights Project
2209 N Pearl Street Suite 200
Tacoma, WA 98402



Photo with my wife, my four children, and six of my grandchildren



Photo with my grandchildren celebrating my 60th birthday