District Judge Tiffany M. Cartwright

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| Ramon RODRIGUEZ VAZQUEZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Drew BOSTOCK, et al.,<br><br>Defendants. | Case No. 3:25-cv-05240-TMC<br><br>**PLAINTIFF'S NOTICE RE-NOTING MOTION FOR CLASS CERTIFICATION AND MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiff hereby notifies the Court that he re-notes his motion for class certification and motion for a preliminary injunction to April 21, 2025, pursuant to an email exchange with Defendants.

Respectfully submitted this 31st of March, 2025.

s/ Matt Adams
Matt Adams, WSBA No. 28287
matt@nwirp.org

s/ Leila Kang
Leila Kang, WSBA No. 48048
leila@nwirp.org

s/ Glenda M. Aldana Madrid
Glenda M. Aldana Madrid, WSBA No. 46987
glenda@nwirp.org

s/ Aaron Korthuis
Aaron Korthuis, WSBA No. 53974
aaron@nwirp.org

NORTHWEST IMMIGRANT
RIGHTS PROJECT
615 Second Ave., Suite 400
Seattle, WA 98104
(206) 957-8611

*Counsel for Plaintiff and the Proposed Class*

PL.'S NOTICE RE- NOTING MOT. FOR CLASS CERT. & MOT. FOR PRELIM. INJ.
Case No. 3:25-cv-05240-TMC

NORTHWEST IMMIGRANT
RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611