# United States District Court – Western District of Washington
## TRANSCRIPT ORDER FORM

**Court Reporter:** Angela Nicolavo  **Judicial Officer:** Tiffany M. Cartwright

**Case No.** 3:25-cv-05240  **Case Name:** Rodriguez Vazquez v. Bostock

| Date(s): | Proceedings to be transcribed: | Court Reporter (if different from selection above): |
|---|---|---|
| 04/21/2025 | Oral Argument on PI and Class opposition | |
| | | |
| | | |

**For Appeal?** ☑ No  ☐ Yes    Court of Appeals Case No. _____

If you are submitting this form to designate transcripts for appeal only, and do not wish to request the preparation of any transcripts, please skip to, and complete, the Additional Comments and Contact Information sections, sign, date, and submit this form via CM/ECF.

| Please choose one: | Maximum Transcript Fees – Per Page | | | Requested Delivery Date* |
|---|---|---|---|---|
| | Original | 1st Copy | 2nd Copy | |
| ☐ Ordinary Transcript (30 day) | $4.40 | $1.10 | $.75 | |
| ☐ 14-Day Transcript (14 day) | $5.10 | $1.10 | $.75 | |
| ☑ Expedited Transcript (7 day) | $5.85 | $1.10 | $.75 | *Before filing this form, you MUST first contact the individual court reporter to secure your requested delivery date. Requests for delivery of less than 30 days will be honored when possible.* |
| ☐ 3-Day Transcript (3 day) | $6.55 | $1.30 | $.90 | |
| ☐ Daily Transcript (next morning) | $7.30 | $1.45 | $1.10 | |
| ☐ Hourly Transcript (2-hour) | $8.70 | $1.45 | $1.10 | |
| ☐ Realtime Transcript | $3.70 | ------ | ------ | |

☑ PDF (default delivery format)

Email address for delivery of PDF transcript: victor.m.mercado-santana@usdoj.gov

**Additional Comments:**

### Contact Information

| Name: | Crystal Hilliard | | |
|---|---|---|---|
| Phone: | 2405011002 | Email: | Crystal.Hilliard@usdoj.gov |
| Firm: | Dept. of Justice, Office of Immigration Litigation | | |
| Street Address: | 450 5th Street, NW | | |
| City/State/Zip: | Washington, DC 20530 | | |
| Billing Reference # (if applicable): | | | |

*[Signature]*  04/24/2025

**Signature**  **Date**

[PRINT]  [SAVE AS]  [RESET]