1
2
3
4
5
6

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

7

8

| | |
|---|---|
| Ramon RODRIGUEZ VAZQUEZ, et al., | Case No. 3:25-cv-05240-TMC |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER ON BEHALF OF CLASS MEMBER ALFREDO JUAREZ ZEFERINO** |
| v. | |
| Drew BOSTOCK, et al., | |
| Defendants. | |

9
10
11
12
13
14

Having considered the briefing concerning the Motion for a Temporary Restraining on Behalf of Class Member Alfredo Juarez Zeferino and evidence supporting that motion, and having previously received complete briefing on the issues presented in the TRO motion, *see* Dkt. 29, this Court finds that Alfredo Juarez Zeferino has satisfied the requirements for a TRO. Therefore, his motion is GRANTED.

Specifically, the Court HEREBY FINDS that:

1) Mr. Zeferino is likely to succeed on the merits of his claim that he is detained under 8 U.S.C. § 1226(a) and that he is not subject to mandatory detention under § 1225(b)(2).

2) Mr. Zeferino faces immediate and irreparable injury because the Tacoma Immigration Court has denied him bond and instead subjected him to mandatory detention. The harms

[PROPOSED] ORDER GRANTING
MOT. FOR TRO - 1
Case No. 3:25-cv-05240-TMC

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

1  Mr. Zeferino faces include the loss of physical liberty, separation from family, and

2  emotional distress and depression.

3  3)  The balance of equities tips in favor of Mr. Zeferino.

4  4)  An injunction is in the public interest.

5  5)  Mr. Zeferino has demonstrated prudential exhaustion is not required.

6  Accordingly, the Court **HEREBY ORDERS** that Mr. Zeferino's Motion for a TRO is

7  GRANTED. The Court further **ORDERS** that Defendants must honor the alternative terms of

8  bond set forth in the May 8, 2025, bond order of Assistant Chief Immigration Judge Theresa

9  Scala, *see* Maltese Decl. Ex. F, and must release Mr. Zeferino if and when he posts a $5,000

10  bond. Defendants are enjoined from denying release to Mr. Zeferino on the basis that he is

11  detained pursuant to 8 U.S.C. § 1225(b)(2).

12

13  It is so ORDERED.

14  DATED this _____ day of _____, 2025.

15

16  _____

17  Tiffany M. Cartwright
    UNITED STATES DISTRICT JUDGE

18  Presented by:

19  s/ Matt Adams                              s/ Leila Kang
    Matt Adams, WSBA No. 28287                 Leila Kang, WSBA No. 48048
20  matt@nwirp.org                             leila@nwirp.org

21  s/ Glenda M. Aldana Madrid                 s/ Aaron Korthuis
    Glenda M. Aldana Madrid, WSBA No. 46987    Aaron Korthuis, WSBA No. 53974
22  glenda@nwirp.org                           aaron@nwirp.org

23  NORTHWEST IMMIGRANT
    RIGHTS PROJECT

[PROPOSED] ORDER GRANTING
MOT. FOR TRO - 2
Case No. 3:25-cv-05240-TMC

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

615 Second Ave., Suite 400
Seattle, WA 98104
(206) 957-8611

*Counsel for Mr. Zeferino and the
Proposed Class*

[PROPOSED] ORDER GRANTING
MOT. FOR TRO - 3
Case No. 3:25-cv-05240-TMC

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611