# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Ramon RODRIGUEZ VAZQUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Drew BOSTOCK, Seattle Field Office Director, Enforcement and Removal Operations, United States Immigration and Customs Enforcement (ICE); et al., <br><br> Defendants. | **DECLARATION OF SYDNEY MALTESE IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER ON BEHALF OF CLASS MEMBER ALFREDO JUAREZ ZEFERINO** |

I, Sydney Maltese, hereby declare as follows:

1. I submit this declaration in support of plaintiffs' motion for temporary restraining order on behalf of class member Alfredo Juarez Zeferino. I am over the age of 18, have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would testify competently as set forth below.

2. I am a paralegal with Northwest Immigrant Rights Project, counsel of record for Plaintiffs.

MALTESE DECL. – 1

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611

3. Attached as Exhibit A is a true and correct redacted copy of Respondent's Request for Bond and Supporting Evidence in the *Matter of Alfredo JUAREZ ZEFERINO, AKA: Alfredo JUAREZ-CEFERINO,* dated May 6, 2025.

4. Attached as Exhibit B is a true and correct redacted copy of Respondent's Supplemental Bond Evidence in the *Matter of Alfredo JUAREZ ZEFERINO, AKA: Alfredo JUAREZ-CEFERINO,* introducing Dkt. 29, Order Granting Preliminary Injunction, dated May 7, 2025.

5. Attached as Exhibit C is a true and correct redacted copy of Respondent's Second Supplemental Bond Evidence in the *Matter of Alfredo JUAREZ ZEFERINO, AKA: Alfredo JUAREZ-CEFERINO,* introducing the April 11, 2025 Order of the Immigration Judge, and the April 29, 2025 Order of the Immigration Judge, dated May 7, 2025.

6. Attached as Exhibit D is a true and correct redacted copy of the Department of Homeland Security's (DHS) Notice of Evidence in the *Matter of Alfredo JUAREZ ZEFERINO, AKA: Alfredo JUAREZ-CEFERINO,* introducing DHS Form I-862, Notice to Appear, dated May 8, 2025.

7. Attached as Exhibit E is a true and correct redacted copy of the Department of Homeland Security's (DHS) Notice of Evidence in the *Matter of Alfredo JUAREZ ZEFERINO, AKA: Alfredo JUAREZ-CEFERINO,* introducing DHS and ICE documents for Respondent, dated May 7, 2025.

8. Attached as Exhibit F is a true and correct redacted copy of the Order of the Immigration Judge in the *Matter of Alfredo JUAREZ ZEFERINO, AKA: Alfredo JUAREZ-CEFERINO,* dated May 8, 2025.

These documents have been marked pursuant to LCR 10(e)(10).

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Executed this 14th day of May, 2025, in Seattle, Washington.

                                                         /s/ Sydney Maltese
                                                        Sydney Maltese
                                                        Paralegal
                                                        NORTHWEST IMMIGRANT RIGHTS PROJECT
                                                        615 Second Avenue, Suite 400
                                                        Seattle, WA 98104
                                                        Telephone: (206) 816-3866
                                                        Email: sydney@nwirp.org