# EXHIBIT A

K. Larkin VanDerhoef                                              **DETAINED**
Higuera & VanDerhoef PLLC
705 Second Avenue, Suite 610
Seattle, Washington  98104
(206) 267-0233


## UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
## IMMIGRATION COURT
## TACOMA, WASHINGTON

In the Matter of:                          )
                                           )
                                           )
**Alfredo JUAREZ ZEFERINO**                )        **File No:**  ███████
**AKA: Alfredo JUAREZ-CEFERINO**           )
                                           )
      In bond proceedings.                 )
_____)


Immigration Judge: Scala                    Next Hearing: May 13, 2025 at 8:30am


**RESPONDENT'S REQUEST FOR BOND AND SUPPORTING EVIDENCE**

Respondent, Alfredo Juarez Zeferino, by and through undersigned counsel, respectfully requests that this court schedule him for a bond hearing. Respondent is eligible for a bond hearing pursuant to INA § 236(a).

Enclosed please find the following evidence in support of this request:

**Evidence that Mr. Juarez Zeferino is not a danger to his community**

Washington Access to Criminal History (WATCH) Report, current as of 04/16/25, showing no criminal history for Mr. Juarez Zeferino;

**Evidence that Mr. Juarez Zeferino is not a flight risk, evidence of ties to the community, and evidence of good moral character**

Letter of support from Ronald and Mary Lynn Campbell offering Mr. Juarez Zeferino to live with them at 1401 Apline View Place, Mount Vernon, WA 98274 if released from custody, with copies of their Washington IDs and U.S. Department of Veterans Affairs ID card as proof of identities and address;

Letter of Support from Alvaro Juarez, U.S. citizen brother of Mr. Juarez Zeferino, with copy of U.S. passport;



Birth certificates and passports of Mr. Juarez Zeferino's U.S. citizen siblings, A█ J█ Z█, F█ J█ Z█, B█ J█ Z█, B█ A█ J█ Z█;

Letter of Support from Maria Cantwell, U.S. Senator;

Letter of Support from Rick Larsen, Pramila Jayapal, and Emily Randall, U.S. Representatives;

Letter of Support from Rebecca Saldaña, Washington State Senator;

Letter of Support from Sharon Shewmake, Washington State Senator;

Letter of Support from Julio Cortes, Washington State Representative;

Letter of Support from Richard Brocksmith, Mount Vernon City Council Member;

Letter of Support from Andrew Vander Stoep, Mount Vernon City Council Member;

Letter of Support from Rosalinda Guillen, Executive Director for Community-to-Community Projects;

Letter of Support from Elizabeth Darrow, Participatory Democracy Coordinator for Community-to-Community Development, with attached Washington Enhanced Driver License, as proof of identity;

Letter of Support from Brenda Bentley, volunteer for Community-to-Community Development, with attached Washinton Driver License, as proof of identity;

Letter of Support from Sean Hopps, Director of the Institute for Washington's Future, with attached Washington Enhanced Driver License, as proof of identity;

Letter of Support from Guillermo Rogel Jr., lobbyist for Front and Centered;

Letter of Support from Christie Stewart Stein, co-lead for Skagit Immigrant Support Task Force;

Letter of Support from Christine Kohnert, member of Indivisible Skagit Immigrant Support Task Force,

Letter of Support from Caroline Boschetto, colleague and friend of Mr. Juarez Zeferino, with attached Washinton Enhanced Driver License, as proof of identity;

Letter of Support from Zakiyah Lundquist Deluz, colleague and friend of Mr. Juarez Zeferino, with attached Washington Diver License, as proof of identity;

Letter of Support from Tara dela Cruz Villalba, colleague and friend of Mr. Juarez Zeferino, with attached Washington Driver License, as proof of identity;

Letter of Support from Mina Aguilar, colleague and friend of Mr. Juarez Zeferino;

Letter of Support from Marcos Munoz, colleague and friend of Mr. Juarez Zeferino, with attached Washington Driver License, as proof of identity;

Letter of Support from Isaac Cavazos, close friend and colleague of Mr. Juarez Zeferino, with attached Washington Driver License, as proof of identity.

Respectfully submitted this 6th day of May, 2025.

K. Larkin VanDerhoef
Attorney for Respondent

Wednesday, April 16, 2025



# Web Search No Record Found Report

## Washington State Patrol
## Identification and Criminal History Section
## P. O. Box 42633
## Olympia, Washington 98504-2633

## Telephone (360) 534-2000 Option 2

### THE FOLLOWING TRANSCRIPT OF RECORD
### IS FURNISHED FOR OFFICIAL USE ONLY

This report was generated from a transaction ran on 4/16/2025 at 9:50 AM
Conviction Criminal History RCW 10.97.050(1)

Pursuant to the purpose of inquiry, NO RECORD was found in the Washington
State Criminal History Repository based on descriptors provided:

**JUAREZ-ZEFERINO,ALFREDO DOB** ▮▮▮▮ **1999 SEX M RACE U**

**ALIAS:**
   **JUAREZ-CEFERINO,ALFREDO**

This may mean that the person you searched for has no criminal conviction record
OR that your search criteria did not match the spelling of the person's name or
date of birth.

Positive identification or non-identification in the Washington State Patrol's
database can only be determined by fingerprint comparison.

1

Ronald A. Campbell
Mary Lynn Campbell

April 14, 2025

RE:  Letter in Support of Release Request for Alfredo Juarez

To Whom It May Concern:

We, Ronald A. Campbell and Mary Lynn Campbell, are respectfully requesting that you release Alfredo Juarez into our custody during the pendency of his/her removal proceedings.

Supporting documents:

- He will reside with both of us at 1401 Alpine View Place, Mount Vernon, WA 98274.
- You may reach us at 360-708-7044 (Mary Lynn) or 360-708-4318 (Ron).
- We are friends and community members of Alfredo. In addition, we have friends and community members available to ensure Alfredo will attend all future ICE check-in appointments as well as future court hearings.
- We will financially support Alfredo and help secure transportation for future appointments/hearings related to the immigration case.
- We are attaching documents to prove our identification.

Thank you for your kind consideration of this request.  Please do not hesitate to contact us directly with any questions that may arise.

Sincerely,

*Ronald A. Campbell*
Ronald A. Campbell

*Mary Lynn Campbell*
Mary Lynn Campbell

2







3

4.3.2025

Dear Honorable Judge,

My name is Alvaro Juarez, I am a US citizen, and I am writing to you in support of my brother, Alfredo Juarez, and to request his release from Tacoma Northwest Detention Center. Alfredo is not only my older brother but also a role model for me and our younger siblings. He has always been there for us and losing him would leave me feeling lost.

Alferdo has made significant contributions to our community, particularly within the Mixteco indigenous community. I have witnessed him help translate for families who need assistance and take community members to Olympia to speak with legislators about improving working conditions. His dedication to helping others is truly inspiring.

As the oldest brother, Alferdo plays a crucial role in our family. He supports us in countless ways and provides guidance and strength when we need it most. He is not a bad person; he genuinely loves to help others, and his presence is invaluable.

I urge you to consider the impact of Alfredo's absence on our family and community. We need him here, and I am asking for your compassion in allowing him to return to us.

Thank you for your consideration.

Sincerely,

Alvaro Juarez

4





# STATE OF CALIFORNIA
### CERTIFICATION OF VITAL RECORD

# SANTA BARBARA COUNTY
### SANTA BARBARA, CALIFORNIA

## CERTIFICATE OF LIVE BIRTH
### STATE OF CALIFORNIA
### USE BLACK INK ONLY

1201042002265

LOCAL REGISTRATION NUMBER

| | | | |
|---|---|---|---|
| **THIS CHILD** | 1A. NAME OF CHILD - FIRST ■ | 1B. MIDDLE - | 1C. LAST ■ ■ |
| | 2. SEX FEMALE | 3A. THIS BIRTH, SINGLE, TWIN, ETC. SINGLE | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC. - | 4A. DATE OF BIRTH - MM/DD/CCYY ■/2010 | 4B. HOUR - 24 HOUR CLOCK TIME 1822 |

| | | |
|---|---|---|
| **PLACE OF BIRTH** | 5A. PLACE OF BIRTH - NAME OF HOSPITAL OR FACILITY MARIAN MEDICAL CENTER | 5B. STREET ADDRESS - STREET AND NUMBER, OR LOCATION 1400 E. CHURCH ST. |
| | 5C. CITY SANTA MARIA | 5D. COUNTY SANTA BARBARA |

| | | | | |
|---|---|---|---|---|
| **FATHER/PARENT** | 6A. NAME OF FATHER/PARENT - FIRST ANTONIO | 6B. MIDDLE | 6C. LAST JUAREZ-GARCIA | 7. BIRTHPLACE - STATE/COUNTRY MEXICO | 8. DATE OF BIRTH - MM/DD/CCYY ■/1982 |
| **MOTHER/PARENT** | 9A. NAME OF MOTHER/PARENT - FIRST LUCIANA | 9B. MIDDLE | 9C. LAST - BIRTH NAME ZEFERINO-ORTIZ | 10. BIRTHPLACE - STATE/COUNTRY MEXICO | 11. DATE OF BIRTH - MM/DD/CCYY ■/1983 |

| | | |
|---|---|---|
| **INFORMANT AND BIRTH CERTIFICATION** | 12A. I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. 12A. PARENT OR OTHER INFORMANT - SIGNATURE *Candace Cabrial* | 12B. RELATIONSHIP TO CHILD BIRTH CLERK | 12C. DATE SIGNED - MM/DD/CCYY 05/29/2010 |
| | 13A. I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR, AND PLACE STATED. 13A. ATTENDANT/CERTIFIER - SIGNATURE AND DEGREE OR TITLE UNATTENDED | 13B. LICENSE NUMBER - | 13C. DATE SIGNED - MM/DD/CCYY 05/29/2010 |
| | 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT | |

| | | | |
|---|---|---|---|
| **LOCAL REGISTRAR** | 15A. DATE OF DEATH - MM/DD/CCYY | 15B. STATE FILE NO. - STATE USE ONLY | 16. LOCAL REGISTRAR - SIGNATURE TAKASHI M WADA, M.D. *Com* | 17. DATE ACCEPTED FOR REGISTRATION - MM/DD/CCYY 06/02/2010 |

## CERTIFIED COPY OF VITAL RECORDS

*000421781*

STATE OF CALIFORNIA } SS
COUNTY OF SANTA BARBARA

**MAY 27 2021**

DATE ISSUED

*Joseph E. Holland*

JOSEPH E. HOLLAND
COUNTY CLERK, RECORDER and ASSESSOR
SANTA BARBARA, CALIFORNIA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the SANTA BARBARA COUNTY CLERK, RECORDER and ASSESSOR.

This copy not valid unless prepared on engraved border displaying seal and signature of County Clerk, Recorder and Assessor.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



6



7



# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# SANTA BARBARA COUNTY
### SANTA BARBARA, CALIFORNIA

### CERTIFICATE OF LIVE BIRTH
STATE OF CALIFORNIA
USE BLACK INK ONLY

LOCAL REGISTRATION NUMBER 1201242001963

| | | |
|---|---|---|
| 1A. NAME OF CHILD - FIRST | 1B. MIDDLE | 1C. LAST |
| 2. SEX MALE | 3A. THIS BIRTH, SINGLE, TWIN, ETC. SINGLE | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC. — | 4A. DATE OF BIRTH - MM/DD/CCYY 2012 | 4B. HOUR - 24 HOUR CLOCK TIME 0422 |

PLACE OF BIRTH
- 5A. PLACE OF BIRTH - NAME OF HOSPITAL OR FACILITY: MARIAN REGIONAL MEDICAL CENTER
- 5B. STREET ADDRESS - STREET AND NUMBER, OR LOCATION: 1400 E. CHURCH ST.
- 5C. CITY: SANTA MARIA
- 5D. COUNTY: SANTA BARBARA

FATHER/PARENT
- 8A. NAME OF FATHER/PARENT - FIRST: ANTONIO
- 8B. MIDDLE: —
- 8C. LAST: JUAREZ GARCIA
- 7. BIRTHPLACE - STATE/COUNTRY: MEXICO
- 8. DATE OF BIRTH - MM/DD/CCYY: 1982

MOTHER/PARENT
- 9A. NAME OF MOTHER/PARENT - FIRST: LUCIANA
- 9B. MIDDLE: —
- 9C. LAST - BIRTH NAME: ZEFERINO ORTIZ
- 10. BIRTHPLACE - STATE/COUNTRY: MEXICO
- 11. DATE OF BIRTH - MM/DD/CCYY: 1983

INFORMANT AND BIRTH CERTIFICATION
- 12A. PARENT OR OTHER INFORMANT - SIGNATURE: *Luciana Zeferino Ortiz*
- 12B. RELATIONSHIP TO CHILD: mother
- 12C. DATE SIGNED: 05/18/2012
- I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.
- 13A. ATTENDANT/CERTIFIER - SIGNATURE, AND DEGREE OR TITLE
- I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR, AND PLACE STATED.
- 13B. LICENSE NUMBER: G 71324
- 13C. DATE SIGNED: 05/18/2012
- 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT: CAROLYN GRIFFITH, MD, 116 S.PALISADE STE.104, SANTA MARIA
- 14. TYPED NAME AND TITLE OF CERTIFIER, IF OTHER THAN ATTENDANT

LOCAL HOSPITAL
- 15A. DATE OF DEATH - MM/DD/CCYY
- 15B. STATE FILE NO. - STATE USE ONLY
- 16. LOCAL REGISTRAR - SIGNATURE: TAKASHI M WADA, M.D.
- 17. DATE ACCEPTED FOR REGISTRATION - MM/DD/CCYY: 05/22/2012

CERTIFIED COPY OF VITAL RECORDS

*000421782*

STATE OF CALIFORNIA
COUNTY OF SANTA BARBARA } SS

MAY 27 2021
DATE ISSUED

This is a true and exact reproduction of the document officially registered and placed on file in the office of the SANTA BARBARA COUNTY CLERK, RECORDER and ASSESSOR.

JOSEPH E. HOLLAND
COUNTY CLERK, RECORDER and ASSESSOR
SANTA BARBARA, CALIFORNIA

This copy not valid unless prepared on engraved border displaying seal and signature of County Clerk, Recorder and Assessor.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

8



STATE OF WASHINGTON
DEPARTMENT OF HEALTH

## CERTIFICATE OF LIVE BIRTH

CERTIFICATE NUMBER: 146-2015-026625          DATE ISSUED: 05/10/2016

GIVEN NAMES: E█████████*********************************************
LAST NAME: ██████████*************************************************

DATE OF BIRTH: ██████2015*****************************************
FACILITY: SKAGIT VALLEY HOSPITAL
PLACE OF BIRTH: MOUNT VERNON, SKAGIT COUNTY, WASHINGTON
TIME OF BIRTH: 11:39 A.M.
SEX: FEMALE

MOTHER'S MAIDEN NAME: LUCIANA ZEFERINO ORTIZ
PLACE OF BIRTH: MEXICO
DATE OF BIRTH: █████1983

FATHER'S NAME: ANTONIO JUAREZ GARCIA
PLACE OF BIRTH: MEXICO
DATE OF BIRTH: █████1982

FILING DATE: 05/01/2015

FEE NUMBER: 29

9



STATE OF WASHINGTON
DEPARTMENT OF HEALTH

CERTIFICATE OF LIVE BIRTH

STATE FILE NUMBER:
146-2023-078138

DATE ISSUED:
DECEMBER 19, 2024

FIRST AND MIDDLE NAME(S):

LAST NAME(S):

DATE AND TIME OF BIRTH:
2023   05:27 PM

SEX:
FEMALE

PLACE OF BIRTH (CITY, COUNTY, STATE):
MOUNT VERNON, SKAGIT COUNTY, WASHINGTON

FACILITY:
SKAGIT VALLEY HOSPITAL

MOTHER'S NAME PRIOR TO FIRST MARRIAGE:
LUCIANA ZEFERINO-ORTIZ

MOTHER'S PLACE OF BIRTH:
MEXICO

MOTHER'S DATE OF BIRTH:
1983

FATHER'S NAME:
ANTONIO JUAREZ-GARCIA

FATHER'S PLACE OF BIRTH:
MEXICO

FATHER'S DATE OF BIRTH:
1982

DATE FILED:
DECEMBER 27, 2023

FEE NUMBER:

DOH422-132SKAGIT (2/22)

NOT VALID IF PHOTOCOPIED OR ALTERED

10

MARIA CANTWELL
WASHINGTON

COMMITTEES:
COMMERCE, SCIENCE, AND
TRANSPORTATION
ENERGY AND NATURAL
RESOURCES
FINANCE
INDIAN AFFAIRS
SMALL BUSINESS

# United States Senate

WASHINGTON, DC 20510–4705

April 23, 2025

Cammilla Wamsley
Field Office Director
Seattle Field Office
U.S. Immigration and Customs Enforcement

RE:    **Alfredo Juarez Zeferino**
       **DOB:** ████ 1999
       **A-Number:** ████████

Dear Director Wamsley:

I am writing at the request of my constituent, Alfredo Juarez Zeferino, who has submitted a request to be released from ICE custody while he undergoes immigration proceedings. He is currently detained at the Northwest ICE Processing Center in Tacoma, Washington, and his immigration hearing is scheduled for November 2025.

I understand that Mr. Juarez Zeferino has been a leading voice in advocating for farmworkers in Washington State, and that he is one of the founders of the independent farmworker union, Familias Unidas por la Justicia. My constituents have shared that Mr. Juarez Zeferino has been a dedicated advocate to his community and serves as an interpreter for Triqui, Mixteco, and Spanish speaking farmworkers across the state. I understand that Mr. Juarez Zeferino has demonstrated strong ties to his local community in Washington, and his recent detention has caused hardship for his family, friends, and the farmworkers in the state who rely on his leadership and work.

In light of Mr. Alfredo Juarez Zeferino's advocacy work and strong community ties in Washington State, I request that you please give full and fair consideration to his request to be released from ICE custody while he undergoes immigration proceedings.

Sincerely,

Maria Cantwell
United States Senator

EVERETT
2930 WETMORE AVENUE
SUITE 9B
EVERETT, WA 98201
(425) 303–0114
FAX: (425) 303–8351

RICHLAND
825 JADWIN AVENUE
SUITE 204/204A
RICHLAND, WA 99352
(509) 946–8106
FAX: (509) 946–6937

SEATTLE
JACKSON FEDERAL BUILDING
915 2ND AVENUE, SUITE 3206
SEATTLE, WA 98174–1003
(206) 220–6400
TOLL FREE: 1–888–648–7328
FAX: (206) 220–6404

SPOKANE
U.S. FEDERAL COURTHOUSE
WEST 920 RIVERSIDE, SUITE 697
SPOKANE, WA 99201
(509) 353–2507
FAX: (509) 353–2547

TACOMA
950 PACIFIC AVENUE
SUITE 615
TACOMA, WA 98402
(253) 572–2281
FAX: (253) 572–5879

VANCOUVER
MARSHALL HOUSE
1313 OFFICERS' ROW
FIRST FLOOR
VANCOUVER, WA 98661
(360) 696–7838
FAX: (360) 696–7844

WASHINGTON, DC
511 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510–4705
(202) 224–3441
FAX: (202) 228–0514

Web: http://cantwell.senate.gov
PRINTED ON RECYCLED PAPER

11

# Congress of the United States

## Washington, DC 20515

April 23, 2025

Cammilla Wamsley
Field Office Director
Seattle Field Office
U.S. Immigration and Customs Enforcement
12500 Tukwila International Boulevard
Seattle, WA 98168

Dear Ms. Wamsley:

We write to ask that full and fair consideration be given to Alfredo Juarez Zeferino's request to be released from ICE custody while he undergoes immigration proceedings.

At the age of 25, Mr. Juarez Zeferino is a leading voice in advocating for farmworkers in his home state of Washington. He is also one of the founders of the independent farmworker union Familias Unidas por la Justicia. As an immigrant farmworker himself, Mr. Juarez Zeferino dedicates his life to representing the needs of his community and serving as a link to the legislative process for Triqui, Mixteco, and Spanish speaking farmworkers. His leadership in his union has positively impacted the farmworker community in Washington state.

Mr. Juarez Zeferino has shown himself to be a passionate, genuine, and respectful individual with deep ties to the local Washington community where he was raised. His detention has caused a ripple effect of suffering for his family, friends, colleagues, and the farmworkers in Washington who all rely on his presence and his work.

As Mr. Juarez Zeferino has no criminal history, we believe that due consideration should be given to his contention that he is neither a flight risk nor a danger to our community. We ask that Mr. Juarez Zeferino be given full and fair consideration for his release from the Northwest Detention Center to pursue his immigration case outside of detention.

Respectfully,

Rick Larsen
Member of Congress

12

Pramila Jayapal
Member of Congress

Emily Randall
Member of Congress

State Senator Rebecca Saldaña, 37th LD
11116 56th Avenue S
Seattle, WA 98178
rebeccajsaldana@gmail.com
(206) 380-4684

April 2, 2025

Letter of Recommendation
Re: Alfredo "Lelo" Juarez Zeferino

To Whom It May Concern:

My name is Rebecca J. Saldaña. I am a United States citizen and a lifelong resident of Seattle, Washington.  Since 2016, I have had the honor to serve as the State Senator of the 37th Legislative District of Washington State.  I am the Chair of the Labor and Commerce Committee, the Vice Chair of the Latino Democratic Caucus and am a member of the Agricultural and Natural Resources Committee. As a legislator, I rely on trusted community leaders to make sure that I have information to legislate on issues related to farm workers, worker safety, public health, housing and land stewardship.

Mr. Juarez Zeferino is a trusted community leader who has helped me understand the conditions of farm workers in Skagit County.   I have known of him since 2013 when he co-founded Familias Unidas por la Justicia, an independent farm worker union. I first met him in 2017 when Senator McCoy hosted the annual farmworker tribunal at the State Capitol.  Two weeks ago, he was in my office to help me understand how housing and labor policy impacted farm workers and their families. Mr. Juarez Zeferino volunteers with a local non-profit Community to Community as an interpreter and a liaison for the indigenous Mixtec- speaking communities and local elected officials and government agencies.  He is a principled and upright individual dedicated to improving his community, encouraging civic engagement, and leading by example.  His expertise and community knowledge has made me a better and more informed policy maker.

That is why I was alarmed to hear he had been detained.  Mr. Juarez Zeferino is an upright resident and valued Washingtonian. He has very strong and deep roots in Skagit County.  He has been an invaluable link for the indigenous Mixtec-speaking farm workers.  He has worked for Sakuma Farms for many years and has been preparing for the upcoming season.  For these reasons, I strongly recommend Mr. Alfredo Juarez Zeferino to remain in Washington State and be released back to his community.

Thank you for allowing me to express my respect and support of Mr. Alfredo Juarez Zeferino. If I can be of any further assistance, please contact me at rebeccajsaldana@gmail.com or 206-380-4684.

I declare under penalty of perjury that the foregoing statement is true and correct.

Sincerely,

Rebecca Saldaña

14

To whom it may concern:

I've met Alfredo "Lelo" Juarez Zeferino in his work with communities in Whatcom County. He is an excellent interpreter and an asset to our community.

Due to legislative ethics rules I am writing this in my personal capacity.

Sincerely,

Sharon Shewmake

Washington State Senator

42nd Legislative District

April 3, 2025

To Whom It May Concern:

I am writing to you to testify on behalf of the character and contributions of Alfredo Juarez Zeferino and to petition that he be released from ICE custody. I have grown to know and respect Alfredo throughout my career as an elected official. I have the utmost respect for Alfredo and know him to be a model community member. He is a testimony to the power of love for one's community put into action.

I have met with Alfredo on countless occasions through private advocacy meetings in Olympia, presentations he has facilitated, and events he has organized and attended, including the annual Farmworker Tribunal. At the young age of 25, Alfredo has grown to be a leading voice and advocate for indigenous Mixteco farmworkers in Washington State. As an indigenous Mixteco farmworker himself, he has dedicated his life to not only representing the needs of his community across local and state platforms, but also serving as a link to the legislative process for the Mixteco-speaking farmworkers for whom he interprets.

In all of our interactions, Alfredo has demonstrated himself to be a passionate, genuine, respectful, and exceptionally knowledgeable individual. His tireless dedication to engaging with elected officials on issues of justice for the farmworker community speaks volumes about his character. Alfredo's detention has been a devastating blow for his family, friends, colleagues, and the farmworkers in Washington who all rely on his presence and his work. It is imperative, not only for Alfredo's sake, but for the sake of the community he represents, that he be released.

Respectfully,

Julio Cortes
Washington State Representative
38th Legislative District

16

April 3, 2025

To those concerned and the immigration judge and officials,

I'm writing today to share with you my deep respect and support for my friend Alfredo "Lelo" Juarez Zeferino who I understand is in the care of the United States in deportation proceedings. While I do not understand immigration procedures and what due process is afforded Lelo, I do know that I will be forever saddened, and my community much poorer, if I do not get the chance to greet him again in person.

I met Lelo many years ago when we crossed paths in our community of Mount Vernon and Skagit County, WA. As the elected At-Large Mount Vernon City Council Member, I have attended many events where our interests and presence overlapped, including particularly when I was seeking advice on how our migrant farmworker families manage in today's world. Whether it was working conditions for seasonal workers, or challenges with housing, language, and education, I have always been able to reach out to Lelo to gain perspectives that I myself have never lived. He is from the Mixteco community and has helped me, literally, have many conversations that would otherwise not have been possible.

And I know my examples are just the tip of the iceberg because many of my friends and fellow legislators, whether at the local, state or federal level, know Lelo and know that he is kind, thoughtful, and committed to helping everyone with their challenges. He has so often put himself second behind those of others, including his lovely family, who also contribute greatly to our community.

I so hope that you can help Lelo return home to Skagit County and to his lovely family and friends, and give him time to sort out next steps. We would so desperately miss him and his commitment to this place if he can't come home. I pride myself on being involved and helping people solve problems and challenge injustice in our society, but the last few days with Lelo in federal custody have made me realize that there are so any other people who do so much more than me and who would be a true loss. Lelo is that kind of person, just a real gem. And it's just a real tragedy for us.

Please consider Lelo a valued, trusted, and stable member of our valley. And please let me know if you need additional information from me, or any kind of personal voucher for his character and commitment to follow-through on any next steps deemed necessary to come home.

Sincerely,    *Richard Brocksmith*

Richard Brocksmith, Mount Vernon City Council Member and friend, 360 826 2164

Andrew Vander Stoep
(360)770-9551
andrewvstoep@gmail.com
4/3/2025

For whom it may concern,

My name is Andrew Vander Stoep and I am writing as an individual member of the Mount
Vernon City Council and I am writing to support my friend Lelo.

I have known Lelo for several years, in my role as an organizer and as a candidate. His
dedication to his community has been inspiring, and I cannot think of a kinder or more genuine
human being. Lelo has many admirable qualities, but for the sake of brevity I would like to relate
a story that I believe shows, at least in part, his character.

During my time running for City Council I was working full time and I was volunteering for
Habitat for Humanity of Skagit County. I was having trouble juggling all of these things in my life,
so I began inviting people to speak with me while I was doing electrical work on Habitat Homes.
I had dozens of people come and speak with me while I was working, and Lelo was the only
person who picked up a tool and worked alongside me. I cannot describe how much that meant
to me. This is a person who does not only bring value with his words and intentions, but is also
willing to roll up his sleeves and do the work to make our community better.

I cannot imagine a Skagit County without Lelo, and I hope we are able to keep this valuable
member of our community.

Thank you,
Signed:

Andrew Vander Stoep

18

April 3, 2025

To Whom It May Concern:

I respectfully write this letter to you, speaking on behalf of the good character and contributions Alfredo Juarez Zeferino has made to our communities.

Additionally, I would like to ask you that he be released from ICE custody as soon as legally possible, our community needs his leadership. We had several respected community leaders step up to be his sponsor if needed, that is how respected and valued he is.

I have known Alfredo since he was 14 years old. I met him as a leader in a farmworker strike at Sakuma Farms on July 12, 2013. I learned quickly that he is fully tri-lingual, Mixteco, English and Spanish; and that he can read and write both English and Spanish.

As an experienced advocate for worker rights, it was apparent from the moment I met him that he was a serious and confident person that clearly understood his role within his family and his community. Alfredo is a well spoken truthful young man, he does not lie, he is thoughtful, an avid reader that can digest and analyze complicated policy documents. He is a gifted thinker in the economics of agricultural production and its relation to equitable pay for farm workers. In that role he worked with farm workers twice his age to develop the innovative equitable piece rate pay process in the blueberry harvest.

Alfredo is not a criminal; he is a well-respected member of our community, a hard worker committed to being a contributor to society and to making the world a better place for everyone.

He participated in many training courses, activities, and planning meetings of all kinds during his High School years. After he graduated from Burlington High School Alfredo's leadership in the Indigenous Mixteco Community and in the Statewide social justice and labor movement grew quickly. Now at age of 25, Alfredo has grown to be a leading voice and advocate for indigenous Mixteco farmworkers in Washington State. As an indigenous Mixteco farmworker himself, he has dedicated his life to not only representing the needs of his community across local and state platforms but also serving as a link to all democratic governmental processes for the Mixteco-speaking farmworkers that have grown to depend on him for leadership and support.

Alfredo's detention has been a devastating blow for his family, friends, colleagues, and the farmworkers in Washington who all rely on his presence and his work. The presence of immigrant leaders like Alfredo is what has made the United States the best country in the world. It is imperative, not only for Alfredo's sake, but for the sake of all of us and the community he represents, that he be released.

Respectfully,

Rosalinda Guillen

Rosalinda Guillen
Executive Director
Community to Community Development Projects
224 Stewart Road, Suite 230, Mt Vernon, WA 98273
360-381-0293

April 3, 2025

To whom it may concern,

My name is Elizabeth Darrow. I am the Participatory Democracy Coordinator for Community to Community Development in Bellingham, Washington. I am also the elected Chair of the Whatcom County Charter Review Commission. I am writing to you today to ask that you release Alfredo "Lelo" Juarez from the Northwest Detention Center in Tacoma.

I first met Lelo in 2014 after he had been wrongfully turned over to ICE by the Bellingham Police Department. Even though he was just fifteen years old, I remember how composed and respectful he was in telling his story to community supporters who were worried about such a young person being detained without his parents knowing where he was. Years later, Alfredo's family won a settlement from the City of Bellingham for this incident.

From 2022-2023 I served with Alfredo on the City of Bellingham's Immigration Advisory Board. I witnessed him assist his community members in giving testimony about conditions that impacted their lives, such as working long days in the fields during heat and wildfire smoke events, enduring historic flooding that disproportionately impacted farmworkers, and struggling with skyrocketing rents. Through all of this, Alfredo used his skills as a trilingual person to help his community bring their stories to governance spaces in an effort to help create policies to improve conditions for all people living and working in Whatcom and Skagit Counties.

I have been in meetings with Alfredo and mayors, state legislators, the governor, and the Whatcom County Sheriff. In all of these meetings, he conducts himself with dignity and respect. Alfredo is fascinated by systems of governance and the processes of enacting policy to help people in his community. He has been instrumental in working with lawmakers at the local, state and federal levels to improve conditions for farmworkers. The last time I saw Alfredo was on March 21st at Community to Community Development's Advocacy Day in Olympia. Alfredo met with legislators from the 42nd, 40th and 10th legislative districts to advocate for policy that would help stabilize conditions for renters in Washington State.

In addition to putting in all of this work, Alfredo continues to be an essential support for his family. It is rare to see Alfredo at an event without his younger siblings, and he often talks about helping his mom with the youngest, who is less than one year old. Many times I have witnessed Alfredo carrying his baby sister around with a smile on his face. He is proud of his family and his role in helping to take care of them.

Alfredo is a steadfast member of his community. He works hard to support his family and to help everyone who he comes into contact with. His commitment to his family and community over many years demonstrates that he is not a flight risk. Thank you for considering releasing Alfredo so that he can be with his family and community who rely on him.

Sincerely,

Elizabeth A. Darrow
Participatory Democracy Program Coordinator
Community to Community Development
(360) 220-9065

20



To Whom it may concern,

I am writing in support of Alfredo Juarez Zeferino. I live, work, vote in Bellingham, WA. I met Alfredo eight years ago when we were both volunteers at Community To Community Development in Bellingham.

What I have witnessed over the years is a boy becoming a man. A good man. An advocate for the Indigenous farmworker community. He's become tireless in his advocacy to better work conditions and is much loved by the community and well know by our Representatives in Olympia.

I watched Lelo work long hours in the fields and turn up as a member of the now defunct Immigration Advisory Board for Bellingham City.

Alfredo would never shame or harm his community by fleeing. This man is <u>not</u> a criminal

My Plea is that Alfredo be released from the NWDC to pursue his case through legal channels. I fear for him inside NWDC. Please consider releasing Alfredo. The community is waiting with hope and respect for your decision.

Brenda Charlene Bentley
Brenda P. Bentley          March 3rd 2025



23

4/4/2025

To: Immigration Judge hearing Alfredo Juarez case
C/O Higuera and Vanderhoef PLLC
705 Second Avenue, Suite 610
Seattle, WA 98104

Dear Immigration Judge,

My name is Sean Hopps. I have resided at my home in Bellingham, WA, in Whatcom County since 2006. I write in support of my friend and colleague Alfredo Juarez, who I affectionately call Lelo.

I first met Lelo in Bellingham at an event hosted by Community to Community Development (C2C) in the Sumer of2016. I was immediately struck by Lelo's humble, soft spoken, charismatic personality. I learned that he spoke three languages: Mixteco, Spanish, and English in his service and organizing work for the farmworker community in Skagit and Whatcom Counties. Since that day, I have come to understand more fully Lelo's unique cultural competency and what a community asset he is to the Health and Wellness to all residents of our region in WA State.

**Lelo as a colleague:** I began to work with Lelo in my position as Director of the Institute for Washington's Future (IWF), a 501c(3) not-for-profit that supports  community led economic development projects in Washington State's underserved rural communities. IWF serves as fiscal sponsor for C2C and I have written and administered several grant funded projects that Lelo has worked on. Beginning in early 2020 and throughout the Covid-19 Pandemic, Lelo was a key "special messenger" for outreach to the immigrant farmworkers in our region. Our accomplishments included distribution of rent assistance, food, cash, information on Covid-19, and other resources to over 3,000 community members. Lelo contributed significantly to the design and execution of collaborations to provide Covid-19 vaccinations to over 1,500 farmworkers in Whatcom and Skagit Counties. The highlight of this effort was the farmworker staffed component of Peace Health's innovative vaccination clinic at St. Joe's hospital campus. Lelo's unique combination of skills and abilities helped the project move between the culture of farmworkers and their homes, workplaces, and community gathering spaces, and local farmers and healthcare providers. In short, Lelo was invaluable to our efforts and saved American lives.

In addition, I have observed Lelo's work as a labor organizer. I volunteer as the labor sector representative on the Whatcom Food Systems committee, appointed by the County Executive. Lelo's work with Familias Unidas por la Justicia and C2C informs our data reporting to the County on the local farm workforce: numbers of workers, what farms they work at, L&I claims, and other important information that helps the County develop and protect a local resilient farm and food workforce. Lelo's work in this context is critical to the function and economic health of Whatcom County's agricultural economy.

24

**Lelo as a friend:** Lelo is a trusted friend since we began working together in 2020. We both have an intense intellectual curiosity and our friendship is forged on love of culture including music, language, social justice theory and leaders, and community governance. We often meet outside of the work context at community events and spaces and talk about these topics. I have spent time with Lelo's family, most recently on a trip to Santa Maria with his parents, siblings, and niece this past March. I know that he is a loved and is a loving son, husband, sibling, and tio! His values and loyalty start with his family and extend to the Mixteco community up and down the West Coast of the U.S. I know that family members who reside in the U.S. as citizens, depend on him financially and for healthcare and childcare. Lelo and his brother and sister shared with me their family and food and hometown pride (including a family trip to Pismo beach and a barbecue at a local park). I learned many new things about Lelo and our country on that "road trip". I learned that he was in Santa Maria for some months during the pandemic, making special scrubs that doctors and nurses wore in our hospitals. I learned that Santa Maria is the original home for Lelo and his younger siblings, who were born there. I visited a restaurant in Oregon where Lelo spoke Mixteco with the owner as we ate and I learned that Lelo is a respected leader within the network of Mixteco community organizations that exist in Washington, Oregon, and California.

I learned that the United States is Lelo's beloved home and community. Whatever his immigration status may be, Lelo is a patriot with family values, who is deeply committed to our people and would never intentionally do harm. For that reason I do not believe that Lelo is a flight risk or a danger. In fact, I think his commitment to his family, the Mixteco community, and to his work and vocation is an intense motivation to stay in the face of any personal challenge he might face. Please release Lelo from detention to await his court proceedings so that he can continue to make his fullest human and economic contribution to his community, our community.

Sincerely,

Sean Hopps, 4/4/2025
2720 Valencia St.
Bellingham, WA 98226



To Whom It May Concern,

I, Guillermo Rogel Jr., am writing to express my strong support for the release of my friend and colleague, Alfredo Juarez, from Immigration and Customs Enforcement custody.

I first met Alfredo nearly five years ago when I began working with Front and Centered, a statewide environmental justice coalition. Alfredo's organization, Community to Community, is a vital member of this coalition, and in my role as a lobbyist, I have had the privilege of working alongside legislative advocates from across Washington. Among them, Alfredo stands out as one of the most dedicated, hardworking, and compassionate individuals I have met.

As part of our coalition's mission, we work directly with communities impacted by state policies and legislative decisions. Alfredo has been an indispensable advocate for farmworkers, consistently showing up to ensure their voices are heard. He frequently makes the long trip from Skagit County to Olympia, guiding farmworkers—many of whom do not speak English or, at times, even Spanish—through the legislative process. He provides testimony before lawmakers, translating complex policies into tangible realities for those most affected. His presence and leadership are irreplaceable.

The work Alfredo does is difficult, but he does it because he cares. He is deeply committed to improving working conditions, expanding access to protective equipment, securing farmworkers' rights to overtime pay, and advocating for equitable education opportunities. He dedicates his experience, skills, and passion to making Washington a more just and livable state for all.

Beyond policy advocacy, Alfredo plays an essential role in fostering solidarity across communities. He regularly participates in events that build relationships between communities of color and low-income populations, helping to bridge divides and create collective power. His absence is deeply felt by thousands. The last time I saw Alfredo was on March 10th in Olympia for Latino Legislative Day, where he brought dozens of farmworkers to advocate for the issues affecting the Latino community. He was proud to be there—empowering others, uplifting voices, and standing in solidarity with hundreds.

Alfredo Juarez is not only a leader but an essential member of his community. I urge his release so that he may continue his critical work and return to the people who need him most.

Respectfully,

Guillermo Rogel Jr.
guillermorogeljr@gmail.com

Christie Stewart Stein

Riversong Farm

16384 Donnelly Road

Mount Vernon, WA 98273

360-424-1999

April 2, 2025

To Whom It May Concern,

It is an honor to write you in support of the release of Alfredo Juarez Zeferino who is known in our community as Lelo.

I have known Lelo for three and a half years, and have worked closely with him in my capacity as one of the co-leads for the Skagit Immigrant Support Task Force.

Lelo has the deep respect of all segments of our community from City Council members to those most struggling. He is known as a man of kindness and compassion with deep strength of character. He spends day and night reaching out to the most vulnerable members of our community and people trust him implicitly.

Lelo's commitment to his family, both nuclear and extended, is well-known. He shows strong support for his wife's skills and work with people in our community who speak neither English nor Spanish, but only an indigenous language. He often speaks about how they work together to help people, and how her skills are crucial to their work.

Lelo is honest, hard working, soft-spoken, remains calm in tough situations, and is known as a valued, respected member of our community. His roots here are deep.

Please consider this information as you decide to release Lelo back to our community and to his family.

Thank you,

Christie Stewart Stein
4/2/25

28

1502 Bernice St.
Mount Vernon, WA 98274
April 3rd, 2025

Higuera and Vanderhoef PLLC
705 Second Ave, Suite 610
Seattle WA 98104

To whom it may concern,

I am writing today to talk about Alfredo Jaurez Zepherino. I know him as Lelo.

I have probably known Lelo for many years, but I have known him well for the past 3 or 4 years

Our Indivisible Skagit Immigrant Support Task Force has worked with Community to Community over the past 8 years. In addition to all of his activities in support of farmworkers, Lelo joined Indivisible Skagit and attended our leadership team meetings when he was available.

We have over a thousand members in Indivisible Skagit and have always reached out to support our immigrant community. Personally, I have been involved with our farmworker community for decades volunteering with the Girl Scouts to do children's art activities with children in migrant camps, as an RN with the health department many years ago, and volunteering and working in the Mount Vernon schools. Our Skagit Valley community has embraced our immigrants and recognize them as an essential part of our community and culture. As the threats and assaults on our immigrant community members increase, Indivisible Skagit is seeing an increase in members that specifically ask to be part of our Immigrant Support Task Force.

We have relied on Lelo to get us to know how to best support our farmworkers. He is the person we turn to when our members want to donate clothing or items they might need. His knowledge of the farmworker community is not generalized. If someone wants to donate a warm coat, rain gear, or something like jumper cables, he will know a farmworker that would most benefit from the item. When we wanted to give our members the opportunity to bring small item donations for our farmworkers, I was surprised when he asked specifically for thin knitted gloves that the farmworkers could wear inside their work gloves. That information was so valuable for us because we were able to contribute something so needed; something that could help the workers that labor in the elements so we have food to eat and pretty flowers to enjoy and attract tourism to our community.

I know Lelo as a kind and gentle human being. I have never seen him raise his voice, and his thoughtful input to our organization is valued. Our Indivisible community trusts and depends on him. He often comes to meetings with his wife and is always kind and attentive towards her.

29

Lelo and I communicated many times in the past few months about getting information to our immigrant community about their rights if approached by law enforcement. We shared materials about it. I am disturbed by the manner of his arrest because I know he would have kept the window up in his car and asked to see a warrant the day that ICE arrested him. I have every confidence he would have cooperated and followed the commands of an ICE officer if he was shown a warrant because this is what he and I were teaching others to with our ACLU know your rights materials. The fact that his car window was broken makes me highly suspicious that his rights were violated. The Lelo I know would have respected the law.

When I was speaking to the Mount Vernon City Council last week about a local incident, I also brought up how disturbing Lelo's arrest by ICE was. Three of the council members commented before the end of the meeting on how Lelo's arrest was also impacting them and the community.

I hope this helps my friend. He is loved and missed and we want him back in our community.

Sincerely,

Christine Kohnert

Christine Kohnert

April 4, 2025

To Whom It May Concern:

I am writing as a devastated coworker and friend of Alfredo "Lelo" Juarez Zeferino. I have known Lelo since 2024, and for the past few months I have been working alongside him on almost a daily basis. Lelo is an incredibly kind, passionate, and intelligent young man who carries himself with the utmost level of integrity. I am in awe of the work that he does, educating his community, the public, and legislators on issues impacting farmworkers. In a short period of time, I have learned an incredible amount from Lelo. I am grateful for the time he has taken to educate me on legislative processes and histories. Just days prior to Lelo's detention, I was sitting beside him in the offices of top officials in Olympia for an advocacy day. The fact that such a selfless and talented individual is now locked behind bars, despite having no criminal record, is unfathomable to me. It is a cruel waste of human spirit and potential.

Beyond being a valued friend, coworker, and mentor, Lelo is also an incredible brother, as the oldest of many siblings. In particular, I have witnessed him caring for and mentoring his 14-year old sister, consistently making sure her needs are met and helping her to find her strength and voice during this pivotal time in her life. Additionally, I have watched him show admirable responsibility and love in caring for his 1-year-old sister. Lelo is a model example of what an older sibling and family member should be.

Lelo has given more to his family and community than nearly anyone I know, and it is a gross injustice that he has been ripped away from the people who depend on him. I beg you to see your own family members, friends, and respected colleagues in his eyes. I beg that you find the humanity to release Lelo from this unjust detention and allow him to return to the community to which he has given so much.

Respectfully,

Caroline Boschetto

31



04/03/2025

To whom it may concern,

I have known Alfredo Juarez-Zeferino, who I know as Lelo, for the past seven months. I met him in September of 2024 as a coworker when I started a part time position with a non-profit local to me. During this time, I have gotten to see him in action when serving his own Mixteco community, the larger farmworker community, and the community of Skagit County as a whole.

I have had the pleasure of being educated on topics concerning wage theft and what's needed to build community and connections through participation in civic activities including, but not limited to, interpretating, tribunal participation, door knocking, and advice for publicly speaking in city halls.

I have shared time with Lelo during meetings, events, and meals. Even in his diet and nutrition he has shown consistent values of abstaining from alcohol consumption and certain meats. After work hours, Lelo is not like how most people would be with colleagues in ordering an alcoholic beverage with a meal. These are small things in his personal life I have seen that fall in line with his values of living for his loved ones and community. Lelo lives his advocacy every day, every action he does is to ensure he can do what is necessary for the safety and wellbeing of others in mind.

Lelo is tri-lingual and with his knowledge he speaks to farmworkers who have Spanish as a first language, for Mixteco speaking people who may not be fluent in another language, and has conversations with legislators across Washington State, including local government workers in Skagit and Whatcom counties, that may not be had otherwise.

He is an inspiration for me that every day is the foundation of the next. The kind of inspiration that is unique for the work he has done to serve our farm-working families in Skagit county. His service for Skagit county is more than I have seen anyone else at Lelo's age do in my own lifetime.

Since meeting him I have grown to consider him a trusted friend; I was able to visit him at the Tacoma Detention Center on March 28th, and even with a glass panel in front of his face and in a provided uniform, he was still focused on his family and their wellbeing.

For these reasons, I am advocating for his release.


Thank you,

Zakiyah Lundquist Deluz

04/03/2025

33





3 April 2025

To the Honorable Immigration Judge:

I am writing in support of Lelo (Alfredo) Juarez. I have known Lelo for 12 years now. I first met
him when he was a young person living at Sakuma Bros. Farms. At the time, I was an
Americorps Volunteer, working with farmworker women and their children. Since then, I have
advocated alongside him with tenants seeking to resolve issues with their landlords, and I
served with him as a member of Bellingham's Immigration Advisory Board (IAB) between
2022-2024.

Lelo is a beloved member of our community in Bellingham. We miss him. Please return him to
our community. Anyone who has met him finds out that he is courageous, honest, clear-minded,
solutions-oriented, open and respectful of everyone he meets, quick-witted, and funny. I don't
know a single person who works harder than Lelo. He is dedicated to improving the lives of
everyone who struggles to live in dignity.

He is committed to supporting both his parents, and his siblings. He is a warm and loving big
brother to all his younger siblings. He took his responsibilities seriously, helping to provide for
not only their daily needs, but also their emotional needs too. One of my favorite photos I took of
Lelo was him holding his baby sister sleeping on his shoulder, during one of our long sessions
working with farmworker youth. He is also an admirable partner. He always seeks out his
partner's input, opinion, and suggestions, when making important decisions. He often came to
our IAB meetings with family members, which reminded us who Lelo was accountable to, first
and foremost. Once I noticed him addressing his dad with an honorific. I asked him about it,
sharing that we also do that in my culture. He explained to me that he would never address his
dad with just his first name. He explained that it was to show respect to his dad in their everyday
interactions. It touched me to see someone else uphold their culture of respecting elders even
while just asking his father if he needed a drink of water.

He is a pillar in his indigenous Mixteco community. His leadership in his Mixteco community
extended to him being chosen by his community members to lead their Mixteco community in
this region of the United States. He was proud to speak his language in public, helping to
educate the rest of us about the contributions Mixteco communities have made everywhere they
have lived and settled. This year at the Farmworker Tribunal, his younger sister gave testimony
about why it matters to her that farmworkers get paid a dignified wage. It moved Lelo visibly, and
although he trembled while translating her testimony, he persevered sharing her testimony into
Mixteco, so the Mixteco-speaking farmworkers could understand. One time after a very long day
of advocacy in Olympia, we were riding back to Skagit county and I asked him how his
community made decisions. It was almost midnight, but he stayed awake and shared anyway,
even though I knew he was so tired, and everyone else in the vehicle was already sleeping. He
represents his Mixteco community and the farmworker communities on local, state, regional,
and national alliances and coalitions, because he is a bridge builder - not only for his Mixteco
community, but also within the farmworker community made up of many different nations and

ethnic groups, and between the immigrant and native-born community members in Whatcom and Skagit counties.

Because of this, Lelo is well-respected by all the segments of our community. He has been honored with awards like the Whatcom Peace and Justice's Peacemaker Award. When one of our friends ran for public office, Lelo gave her the gift of cut daffodils. It was early spring. He came to the launch celebration straight after getting off work, and gave her those flowers as a fitting gift of his support, and a reminder of the value and beauty that farmworkers like him and his family bring to our homes every season - be it raspberries, an innovative idea to get everyone to work together, vegetables, songs, or daffodils. As members of the IAB, I saw him patiently translating city officials' speeches and comments for his family and community members. I saw him translating concepts that were difficult to translate, because he is that committed to community members understanding the IAB's business of the day. When there was a conflict between the IAB and City government officials, he always sought to find a solution that would work for everyone.

I believe Lelo must be released because there is no one else like Lelo in our community. He helps people understand how farmworkers' lives and dignity is intertwined with ours. He helped me understand that when we pray to "bless all the hands that brought the food from the earth to our table", it includes the blessed hands of farmworkers like him. He fights hard for a just food system, and for a healthier environment every day. Reciprocally, it's my responsibility to defend him when he is being targeted because he exercised his right to organize, and his right to live with dignity and in peace. If this were to happen to me, I know he would defend me just as fiercely.

I respectfully and humbly ask that you please release Lelo. Our communities need him. And he belongs with his family here and with our communities.

Yours Sincerely,

*signature* 4/3/25

Tara Grace dela Cruz Villalba, PhD
3 April 2025



37

Mina Aguilar
April 3, 2025

I have known Lelo for over 3 years, after I first met him at a conference I went to for the Food
Chain Workers Alliance. A space where organizers and worker leaders come together from all
over the country to share their experiences and encourage each other to keep fighting for labor
justice. Since then, we have kept in contact and each year we reunite at the same summit to
catch up and keep each other motivated through all the troubles of the world. The organization
that Lelo has been a part of for years is an inspiration to many other organizations and I had
heard of them before I began my work as a labor organizer. I was barely starting as an
organizer for the Workers' Center of Central New York when I met Lelo and he became
someone I looked up to, a mentor and eventually a friend.

Lelo's kindness and sincerity is evident to anyone who has had the honor to meet him.
Genuinity is not among the most common traits anymore, but Lelo has it. He takes anyone's
questions or confusion with grace and is always willing to help or listen when he can. He is the
type of person who puts the needs of others before himself, and this is evident not only in his
personal life but in the work he has done as a worker leader.

At times, during the years I have been an organizer for a small organization, I have doubted my
abilities or found myself losing hope at organizing farm workers for better conditions and the
chance to live more dignified lives. However, when I would express these types of concerns to
Lelo, he always had advice of little changes that could be made in the work we do or ways in
which the movement overall could be improved. He never made me feel unworthy of this work
and always found ways to be positive and encouraging, something critical to continuing to fight
for social justice. When we weren't talking about work, he would always say something silly to
make me laugh. Lelo is one person who has a pure heart and no enemies. So, for the state of
Washington, and the federal government to view him as a danger or a threat is unacceptable.
Lelo is an asset to any life he is a part of, and an asset to bettering this country.

Mina Aguilar

To whom it may concern,

My name is Marcos Luis Munoz. I moved to Bellingham 8 years ago and have known Lelo for the past 7 years through volunteering, working, and collaborating with him on community projects since 2018. He is a reliable and kind-hearted person I've had the privilege of working with and I consider him my friend. I've seen him work to support his family as well as advocate for them in many of the spaces that we have shared both as organizers and attendees. Many times he has treated them with care, keeping them informed and participating in the community as well.

Lelo is an important and active member of communities that we've been a part of. In Bellingham, he participated in local government, advocating for the well-being of families and others. In Skagit, he has long met with the community and collaborated with organizations to work towards improving the lives of those who call the Skagit Valley home. He has also worked to bring the concerns of those who live in these communities to other spaces within the state or nationally.

I have seen Lelo help many people in the communities that we have lived in. During the pandemic, he worked with others to support families during floods that occurred in Whatcom and Skagit counties. During this time he also supported efforts towards getting people vaccinated from Covid-19. Personally, when we have worked together on projects at work I have found him to be a reliable and dedicated individual who will help when needed and provide crucial insight.

I believe Lelo should be released because he forms an integral part of the community in both Skagit and Whatcom County. For years,  he has been a voice for the people in these counties, be it organizing with unions, speaking with elected officials, participating with city government, or simply getting to know people who live here.

Sincerely,
Marcos Luis Munoz

04/03/2025

39





To Whom It May Concern,

I am writing to express my full support for my close friend and colleague, Alfredo Juarez Zeferino also known as Lelo, who has recently been detained by ICE. I have known Lelo for over 10 years, having first met him when we were both 14 years old. We graduated highschool together, and our bond has only strengthened since then. Over the years, I have come to know Lelo as an exceptional person, and I strongly believe he deserves to be released.

I first met Lelo when we were both teenagers, and we instantly became fast friends. We attended school together, and through our shared experiences and mutual interests, we developed a close and trusting relationship. Since then, I've had the privilege of witnessing Lelo grow into the kind, dedicated, and hardworking individual he is today.

Lelo's character is one of integrity, humility, and compassion. He is always willing to lend a hand or offer support, and he does so without expecting anything in return. He carries himself with a quiet strength and resilience that is inspiring to everyone around him. His character is grounded in his values, and he is a person you can always rely on, no matter the circumstances.

When it comes to his family, Lelo is truly devoted. He is a loving son & brother, always making sure his loved ones feel cared for, supported, and secure. I have witnessed Lelo step up time and time again for his family, whether it's taking on extra responsibilities to provide for them or offering emotional support during difficult times. One example that comes to mind is when Lelo went out of his way to assist his family through a personal crisis, offering both practical help and emotional guidance. He's the kind of person who always puts family first, no matter the personal sacrifice involved.

Lelo is also an active and valued member of our community. He has been involved in several initiatives over the years . His actions consistently reflect a deep commitment to making his community a better place, and he has a reputation for being someone who can be counted on to step up when needed. He doesn't seek recognition for his contributions; instead, he does what's needed because he genuinely cares about the well-being of others.

On a personal note, Lelo has been a great source of support for me. He has been there during both good and challenging times, offering advice, emotional support, and a helping hand whenever we needed it. I can honestly say that his friendship and kindness have made a significant positive impact on my life, and I know that others in our circle feel the same way.

Given everything I know about Lelo—his unwavering dedication to his family, his contributions to the community, and his role as a dependable friend—I truly believe that he should be released. His detention serves no positive purpose and only disrupts the life of someone who is deeply connected to his family, his community, and those who care about him. Lelo is an individual who continues to make a positive difference in the world, and I am confident that if given the opportunity, he will continue to do so.

Thank you for your time and consideration. I sincerely hope that you will take into account the character and contributions of Lelo when making your decision.

Sincerely,

Isaac Cavazos

42



**CERTIFICATE OF SERVICE**

I, <u>K. Larkin VanDerhoef</u> certify that this document was electronically filed through ECAS on <u>May 6, 2025</u> and that both parties are participating in ECAS. Therefore, no separate service was completed.


_____                                    <u>05/06/2025</u>
Signature                                                                                        Date