# EXHIBIT C

K. Larkin VanDerhoef                                                          **DETAINED**
Higuera & VanDerhoef PLLC
705 Second Avenue, Suite 610
Seattle, Washington 98104
(206) 267-0233

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**IMMIGRATION COURT**
**TACOMA, WASHINGTON**

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| ) | |
| **Alfredo JUAREZ ZEFERINO** ) | **File No:** ▆▆▆▆▆▆▆▆ |
| **AKA: Alfredo JUAREZ-CEFERINO** ) | |
| ) | |
| In bond proceedings. ) | |
|                                                 ) | |

Immigration Judge: Scala                       Next Hearing: May 8, 2025 at 10:30am

**RESPONDENT'S SECOND SUPPLEMENTAL BOND EVIDENCE**

Respondent, Alfredo Juarez Zeferino, respectfully submits the following evidence in support of his request for bond:

| **Document** | **Page** |
|---|---|
| Order of the Immigration Judge dated April 11, 2025, reopening Mr. Juarez' proceedings based on lack of notice of hearing and based on establishing grounds for *sua sponte* reopening; | 1 |
| Order of the Immigration Judge dated April 29, 2025, again ordering Mr. Juarez' proceedings reopened despite DHS's motion to reconsider, based on Mr. Juarez not receiving notice of the hearing at which he was ordered removed *in absentia* and citing the return of the notice of hearing to the Court as undeliverable. | 2 |

Respectfully submitted this 7th day of May of 2025,

*/s/ K. leg*

_____
K. Larkin VanDerhoef
Attorney for Respondent

ii

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
SEATTLE, WASHINGTON

*In re*: **JUAREZ ZEFERINO, Alfredo**　　　　　　　　File No. A▮▮▮▮▮▮▮▮

### ORDER OF THE IMMIGRATION JUDGE

Upon consideration of Respondent's MOTION TO REOPEN AND RESCIND AN IN ABSENTIA ORDER OF REMOVAL BASED ON LACK OF NOTICE AND SUA SPONTE AUTHORITY, it is hereby ordered that the motion be:

**✓ GRANTED** ___ **DENIED** because:

　　___ DHS does not oppose the motion.
　　___ The respondent does not oppose the motion.
　　✓ A response to the motion has not been filed with the court.
　　✓ Good cause has been established for the motion.
　　___ The court agrees with the reasons stated in the opposition to the motion.
　　___ The motion is untimely per _____.
　　___ DHS has been given notice and the opportunity to respond.
　　✓ Other: RESPONDENT DEMONSTRATES LACK OF NOTICE OF HEARING. RESPONDENT ALSO DEMONSTRATES GROUNDS FOR SUA SPONTE REOPENING.

Deadlines:
　　___ The application(s) for relief must be filed by _____.
　　___ The respondent must comply with DHS biometrics instructions by _____.

4/11/25
Date

Kenneth S. Sogabe
~~Immigration~~ Judge

Immigration Judge

---

Certificate of Service

This document was served by: ✓ Mail ___ Personal Service
To: ___ Alien ___ Alien c/o Custodial Officer ✓ Alien's Atty/Rep ✓ DHS
Date: 4/14/25　　　　　　　　By Court Staff _____

13

1



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**SEATTLE IMMIGRATION COURT**

Respondent Name:
JUAREZ-CEFERINO, ALFREDO

To:
VanDerhoef, Kenneth Larkin
705 Second Avenue
Suite 610
Seattle, WA 98104

A-Number:

Riders:
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
04/29/2025

## ORDER OF THE IMMIGRATION JUDGE

The Department of Homeland Security's (DHS) Motion to Reconsider is GRANTED to the extent that their response was filed within the time period to respond to respondent's motion to reopen. See INA § 240(c)(6)(C); 8 C.F.R. § 1003.23(b)(2).

The Court has now considered DHS' response in conjunction with respondent's motion to reopen, and respondent's supplement filed on April 7, 2025. Though there is a presumption of delivery of the notice to appear mailed on September 19, 2017, respondent submitted multiple affidavits confirming that he did not receive this operative notice to appear, which was not served by certified mail. See Matter of M-R-A-, 24 I & N Dec. 665 (BIA 2008). Furthermore, the respondent exhibited due diligence in seeking to redress the situation and the record indicates that respondent attended an ICE appointment before a Court hearing was scheduled. The notice of hearing for the March 27, 2018 hearing was returned to the Court as undeliverable. In light of the foregoing, respondent demonstrates that he did not receive notice under INA § 239(a)(1)-(2). See INA § 240(b)(5)(C)(ii). Accordingly, respondent's Motion to Reopen, filed March 31, 2025, is GRANTED.

**Order:**

Motion to Reopen GRANTED. This case remains scheduled for a master calendar hearing on November 25, 2025, at 1:00 p.m.

2

Immigration Judge: SOGABE, KENNETH 04/29/2025

Appeal:   Department of Homeland Security:   ☐ waived   ☑ reserved
          Respondent:                        ☑ waived   ☐ reserved
Appeal Due: 05/29/2025

### Certificate of Service

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ M ] Noncitizen's atty/rep. | [ M ] DHS
Respondent Name : JUAREZ-CEFERINO, ALFREDO | A-Number :
Riders:
Date: 04/29/2025 By: Bautista Jr, Alfonso, Court Staff

3

## CERTIFICATE OF SERVICE

I, <u>K. Larkin VanDerhoef</u> certify that this document was electronically filed through ECAS on <u>May 7, 2025</u> and that both parties are participating in ECAS. Therefore, no separate service was completed.

_____  <u>05/07/2025</u>
Signature                                                                            Date