# **EXHIBIT D**

**Erin J. Clifford**  DETAINED
Chief Counsel
**James S. Yi**
Deputy Chief Counsel
**Morena R. Campbell**
Assistant Chief Counsel
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
1623 East J Street, Suite 2
Tacoma, WA 98421

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
TACOMA, WASHINGTON

May 8, 2025

| In the Matter of: | |
|---|---|
| JUAREZ-CEFERINO, ALFREDO | File No. A█████ |
| Respondent, | |
| In Removal Proceedings | |

Immigration Judge: Scala, Theresa
Next Hearing: 5/8/2025

**DHS NOTICE OF EVIDENCE**

## DHS NOTICE OF EVIDENCE

The United States Department of Homeland Security (DHS), Immigration and Customs Enforcement respectfully offers the following attached documents for consideration in the above-stated case. The documents are offered for the information contained therein.

| A. | NTA showing that R was 21 years old when served. | pp. 3 - 4 |
|---|---|---|

Respectfully submitted,

*Morena Campbell*

**Morena R. Campbell**
Assistant Chief Counsel
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

## CERTIFICATE OF SERVICE

I hereby certify and declare under penalty of perjury that, on **May 8, 2025**, I served a copy of this

## DHS NOTICE OF EVIDENCE

and any attached pages:

☐ U.S. MAIL: by first class mail to the person at the address set forth below.

☐ INTER-FACILITY MAIL: to the person at the address set forth below.

☒ ECAS: Service by electronic filing in ECAS, in accordance with applicable regulations, to the person listed below. Both parties participate in the ECAS filing system.

☐ HAND DELIVERY.

**PARTIES SERVED:**

ALFREDO JUAREZ-CEFERINO
NWIPC
1623 East J Street, Suite 5
Tacoma, WA 98421

☒ ATTORNEY FOR RESPONDENT
Kenneth Larkin VanDerhoef

*Morena Campbell*
**Morena R. Campbell**
Assistant Chief Counsel
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

**U.S. Department of Homeland Security**　　　　　　　　　　　　　　　　　　　　　　　**Notice to Appear**

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

Subject ID:353132076　　　　FINS #:1187937967　　　　File No: ▓▓▓▓▓▓▓▓▓▓

　　　　　　　　　　　　　　DOB: ▓▓/1996　　　　　　Event No:BLH1506000004

In the Matter of:

Respondent:　ALFREDO　JUAREZ-CEFERINO　_____ currently residing at:

▓▓▓▓▓▓▓▓▓▓ MOUNT VERNON, WASHINGTON, UNITED STATES 98273　　(360) 421-8821
　　　　　　　　(Number, street, city and ZIP code)　　　　　　　(Area code and phone number)

☐ 1. You are an arriving alien.

☒ 2. You are an alien present in the United States who has not been admitted or paroled.

☐ 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:
1. You are not a citizen or national of the United States;
2. You are a native of MEXICO and a citizen of MEXICO ;
3. You arrived in the United States at or near SAN YSIDRO, CALIFORNIA, on or about June 21, 2008;
4. You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:
212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to:　☐8CFR 208.30(f)(2)　☐8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

1000 2nd Ave Suite 2500 Seattle WA 98104
*(Complete Address of Immigration Court, including Room Number, if any)*

on _a date to be set_　at _a time to be set_ to show why you should not be removed from the United States based on the
　　(Date)　　　　　　　(Time)

charge(s) set forth above.　　JOHN J. STRAUCH　　PATROL AGENT IN CHARGE
　　　　　　　　　　　　　　*(Signature and Title of Issuing Officer)*

Date: June 21, 2015　　FERNDALE, WASHINGTON
　　　　　　　　　　　　　　(City and State)

See reverse for important information　　　　　　　　　　　Form I-862 (Rev. 08/01/07) N

EOIR – 3 of 4

DHS - 3

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the DHS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to one of the offices listed in 8CFR 241.16(a). Specific addresses on locations for surrender can be obtained from your local DHS office or over the internet at http://www.ice.gov/about/dro/contact.htm. You must surrender within 30 days from the date the order becomes administratively final, unless you obtain an order from a Federal court, immigration court, or the Board of Immigration Appeals staying execution of the removal order. Immigration regulations at 8 CFR 241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Act.

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

Before: _____

_____
*(Signature and Title of Immigration Officer)*

_____
*(Signature of Respondent)*

Date: _____

### Certificate of Service

This Notice To Appear was served on the respondent by me on **SEP 19 2017**, in the following manner and in compliance with section 239(a)(1)(F) of the Act:

☐ in person    ☐ by certified mail, return receipt requested    ☑ by regular mail

☐ Attached is a credible fear worksheet.

☒ Attached is a list of organizations and attorneys which provide free legal services.

The alien was provided oral notice in the _____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____
*(Signature of Respondent if Personally Served)*

_____ DO 8352
*(Signature and Title of Officer)*

EOIR – 2 of 2

Form I-862 Page 2 (Rev. 08/01/07)

DHS - 4