# EXHIBIT F



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**TACOMA IMMIGRATION COURT**

Respondent Name:

   JUAREZ-CEFERINO, ALFREDO

To:

   VanDerhoef, Kenneth Larkin
   705 Second Avenue
   Suite 610
   Seattle, WA 98104

A-Number:

▮▮▮▮▮▮▮

Riders:
In Custody Redetermination Proceedings

Date:
05/08/2025

## ORDER OF THE IMMIGRATION JUDGE

CUSTODY ORDER OF THE IMMIGRATION JUDGE

Request having been made for a change in the custody status of the respondent pursuant to 8 C.F.R. Part 236 and having considered the representations of the Immigration and Customs Enforcement and the respondent, it is HEREBY ORDERED that:

**Order:**

[ ] No Action: withdrawn by party

[X] ORDERED No Jurisdiction:
  [ ] Arriving Alien
  [X] Mandatory Detention under 235(b)(1), (b)(2)(A)
  [ ] Mandatory Detention under 236(c)
  [ ] Reinstated Order of Removal / Final Order of Removal
  [ ] Withholding Only Proceedings
  [ ] Does not meet the 180-day requirement.
  [ ] Other:

[ ] ORDERED that the request for a change in custody status be denied.
 Bond to remain at $_____ OR REMAINS AT NO BOND.

[X] Alternative Finding: ORDERED that the request be granted and that respondent be
 released from custody under bond of $5,000.00 (as requested).
[X] Alternative Ruling: Flight Risk
[X] OTHER: under any conditions set by ICE/DHS.
[X] OTHER: Ability to pay considered.
[ ] OTHER: By agreement of parties

Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Appeal Packet [ ] Other:

_T. Scala_

Immigration Judge: Scala, Theresa 05/08/2025

Appeal:      Department of Homeland Security:   ☐ waived   ☑ reserved
             Respondent:                         ☐ waived   ☑ reserved

Appeal Due:

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS

Respondent Name : JUAREZ-CEFERINO, ALFREDO | A-Number : ███████

Riders:

Date: 05/08/2025 By: Kendra L., Court Staff