District Judge Tiffany M. Cartwright

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Ramon RODRIGUEZ VAZQUEZ,<br><br>*Plaintiff*,<br>v.<br>Drew BOSTOCK, *et al.*,<br><br>*Defendants*. | CASE NO. 3:25-cv-05240<br><br>DEFENDANTS' NOTICE OF INTENT TO OPPOSE MOTION FOR TEMPORARY RESTRAINING ORDER ON BEHALF OF CLASS MEMBER ALFREDO JUAREZ ZEFERINO |

Pursuant to Local Civil Rule 65(b)(5), Defendants, by and through undersigned counsel, hereby file this Notice of Intent to Oppose the Motion for Temporary Restraining Order on Behalf of Class Member Alfredo Juarez Zeferino. ECF No. 33. Defendants anticipate filing an opposition brief setting forth why a Temporary Restraining Order is inappropriate. *See* LCR 65(b)(5).

//

//

NOTICE OF INTENT TO OPPOSE MOTION FOR TEMPORARY RESTRAINING ORDER [Case No. 3:25-CV-05240-TMC]

1

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202) 307-6329

| | |
|---|---|
| DATED this 15th day of May, 2025. | Respectfully submitted,<br><br>YAAKOV M. ROTH<br>Acting Assistant Attorney General<br><br>SAMUEL P. GO<br>Assistant Director<br><br>VICTOR M. MERCADO-SANTANA<br>Senior Litigation Counsel<br><br>MICHAEL D. ROSS<br>Trial Attorney<br><br>*/s/ Ian S. Lam*<br>IAN S. LAM (D.C. Bar No. 90017495)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Office of Immigration Litigation<br>Washington, DC 20005<br>Phone: 202-307-6329<br>Email: Ian.S.Lam@usdoj.gov<br><br>*Attorneys for Defendants* |