# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

Ramon RODRIGUEZ VAZQUEZ, et al.,

    Plaintiffs,

v.

Drew BOSTOCK, et al.,

    Defendants.

Case No. 3:25-cv-05240-TMC

**DECLARATION OF SYDNEY MALTESE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Sydney Maltese, hereby declare as follows:

1. I submit this declaration in support of Plaintiffs' motion for partial summary judgment. I am over the age of 18, have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would testify competently as set forth below.

2. I am a paralegal with Northwest Immigrant Rights Project, counsel of record for Plaintiffs.

3. Attached as Exhibit A is a true and correct copy of Transactional Records Access Clearinghouse (TRAC) data on Immigration Court Bond Hearings and Related Case Decisions for Bond Hearing Fiscal Year 2025 through March 2025. The printout reflects the data available on TRAC as of May 21, 2025.

MALTESE DECL. – 1
Case No. 2:23-cv-347

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611

4. Attached as Exhibit B is a true and correct redacted copy of Memorandum of the Immigration Judge, In the Matter of: Alfredo Juarez Ceferino, dated May 30, 2025.

5. Attached as Exhibit C is a true and correct redacted copy of Motion for Bond and Custody Redetermination, In the Matter of: Nunez Hernandez, David, dated May 14, 2025.

6. Attached as Exhibit D is a true and correct redacted copy of DHS Notice of Evidence, In the Matter of: Nunez Hernandez, David, dated May 16, 2025.

7. Attached as Exhibit E is a true and correct redacted copy of Order of the Immigration Judge for Respondent David Nunez-Hernandez, dated May 19, 2025.

8. Attached as Exhibit F is a true and correct redacted copy of Executive Office for Immigration Review Board of Immigration Appeals Filing Receipt for Appeal or Motion for Nunez-Hernandez, David, dated May 20, 2025.

9. Attached as Exhibit G is a true and correct redacted copy of Bond Motion, In the Matter of: Contreras-Baca, Yesica, dated May 8, 2025.

10. Attached as Exhibit H is a true and correct redacted copy of DHS Notice of Evidence, In the Matter of: Contreras-Baca, Yesica, dated May 14, 2025.

11. Attached as Exhibit I is a true and correct redacted copy of the Order of the Immigration Judge for Respondent Contreras-Baca, Yesica, dated May 21, 2025.

12. Attached as Exhibit J is a true and correct redacted copy of Argument in Support of Bond, In the Matter of: Mateo, Jose Manuel, dated May 13, 2025.

13. Attached as Exhibit K is a true and correct redacted copy of the Order of the Immigration Judge for Respondent Mateo, Jose Manuel, dated May 14, 2025.

14. Attached as Exhibit L is a true and correct copy of a sample edition of U.S. Department of Homeland Security Form I-200, Warrant for Arrest of [Noncitizen].

MALTESE DECL. – 2
Case No. 2:23-cv-347

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611

15. Attached as Exhibit M are true and correct redacted copies of three unpublished Board of Immigration Appeals decisions and two accompanying Immigration Judge orders on bond redetermination. The decisions are dated January 8, 2018; September 10, 2015; and February 11, 2011.

These documents have been marked pursuant to LCR 10(e)(10).

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Executed this 2nd day of June, 2025, in Seattle, Washington.

_____
Sydney Maltese
Paralegal
NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone: (206) 957-8611
Email: sydney@nwirp.org

MALTESE DECL. – 3
Case No. 2:23-cv-347

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611