District Judge Tiffany M. Cartwright

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| Ramon RODRIGUEZ VAZQUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Drew BOSTOCK, et al., <br><br> Defendants. | Case No. 3:25-cv-05240-TMC <br><br> **CLASS MEMBER JOSE MANUEL MATEO'S NOTICE TO WITHDRAW REQUEST FOR INJUNCTIVE RELIEF** |

Plaintiffs hereby notify the Court that on September 8, 2025, an Immigration Judge granted class member Jose Manuel Mateo's application for cancellation of removal. *See* Ex. A. The same day, Mr. Mateo was released from Immigration and Customs Enforcement (ICE) custody. The undersigned counsel received notice of the decision today and hereby notify the Court that Mr. Mateo withdraws his request for individual injunctive relief. *See* Dkt. 41 at 19–26.

Respectfully submitted this 11th day of September, 2025.

s/ Matt Adams
Matt Adams, WSBA No. 28287
matt@nwirp.org

s/ Leila Kang
Leila Kang, WSBA No. 48048
leila@nwirp.org

s/ Glenda M. Aldana Madrid
Glenda M. Aldana Madrid, WSBA No. 46987
glenda@nwirp.org

s/ Aaron Korthuis
Aaron Korthuis, WSBA No. 53974
aaron@nwirp.org

PLS.' NOTICE OF SUPPLEMENTAL
AUTHORITIES & FACTS
Case No. 3:25-cv-05240-TMC

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

1   NORTHWEST IMMIGRANT
    RIGHTS PROJECT
2   615 Second Ave., Suite 400
    Seattle, WA 98104
3   (206) 957-8611

4   *Counsel for the Certified Classes*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

PLS.' NOTICE OF SUPPLEMENTAL
AUTHORITIES & FACTS
Case No. 3:25-cv-05240-TMC

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611