# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| RAMON RODRIGUEZ VAZQUEZ, on behalf of himself as an individual and on behalf of others similarly situated<br><br>      Plaintiff,<br> v.<br><br>DREW BOSTOCK, et al<br><br>      Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number 3:25-cv-05240-TMC |

☐  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

1. Summary judgment is GRANTED to the Bond Denial Class on their claims that their detention under 8 U.S.C. § 1225(b)(2) is unlawful. As set forth in the class certification order, the Bond Denial Class is defined as all noncitizens without lawful status detained at the Northwest ICE Processing Center who (1) have entered or will enter the United States without inspection, (2) are not apprehended upon arrival, (3) are not or will not be subject to detention under 8 U.S.C. § 1226(c), § 1225(b)(1), or § 1231 at the time the noncitizen is scheduled for or requests a bond hearing.

2. The Court declares that Bond Denial Class members are detained under 8 U.S.C. § 1226(a) and are not subject to mandatory detention under 8 U.S.C. § 1225(b)(2). The Court further declares that the Tacoma Immigration Court's practice of denying bond to Bond Denial Class members on the basis of § 1225(b)(2) violates the Immigration and Nationality Act.

Dated September 30, 2025.

Ravi Subramanian
Clerk of Court

/s/Michael Williams
Deputy Clerk
