District Judge Tiffany M. Cartwright

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Ramon RODRIGUEZ VAZQUEZ,<br><br>*Plaintiff*,<br><br>v.<br><br>Drew BOSTOCK, *et al.*,<br><br>*Defendants*. | CASE NO. 3:25-cv-05240<br><br>MOTION FOR A STAY OF (1) DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT & (2) THE PARTIES' DEADLINE TO SUBMIT THEIR 26(F) JOINT STATUS REPORT IN LIGHT OF LAPSE OF APPROPRIATIONS<br><br>Noted for consideration: October 15, 2025 |

The United States of America hereby moves for a stay of (1) Defendants' deadline to respond to Plaintiff's Complaint and (2) the Parties' deadline to submit their 26(f) Joint Status Report in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal Defendants. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

DEFENDANTS' MOTION TO STAY
[CASE NO. 3:25-CV-05240-TMC]                    1

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202) 307-6329

3. Undersigned counsel for the Department of Justice therefore requests a stay of (1) Defendants' deadline to respond to Plaintiff's Complaint and (2) the Parties' deadline to submit their 26(f) Joint Status Report until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. Defendants' counsel has requested Plaintiff's position. Plaintiff's counsel states that "Plaintiff opposes Defendants' request to the extent that it requests an extension for each day a government shutdown is in effect. Plaintiffs instead propose that Defendants' answer and the Parties' JSR be due within fourteen days of the end of the government shutdown. Plaintiff notes that the Parties have already produced a draft JSR and discussed several key terms."

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of (1) Defendants' deadline to respond to Plaintiff's Complaint and (2) the Parties' deadline to submit their 26(f) Joint Status Report in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

DATED this 1st day of October, 2025.    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SAMUEL P. GO
Assistant Director

DEFENDANTS' MOTION TO STAY
[CASE NO. 3:25-CV-05240-TMC]    2

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202) 307-6329

VICTOR M. MERCADO-SANTANA
Senior Litigation Counsel

MICHAEL D. ROSS
Trial Attorney

*/s/ Ian S. Lam*
IAN S. LAM (D.C. Bar No. 90017495)
Trial Attorney
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
Washington, DC 20005
Phone: 202-307-6329
Email: Ian.S.Lam@usdoj.gov

*Attorneys for Defendants*

***I certify that this memorandum contains 375 words, in compliance with the Local Civil Rules.***

DEFENDANTS' MOTION TO STAY
[CASE NO. 3:25-CV-05240-TMC]

3

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202) 307-6329