

Molly C. Dwyer
Clerk of Court

Office of the Clerk
United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000



**FILED**

OCT 29 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

Docket Number: 25-6842
Originating Case Number: 3:25-cv-05240-TMC

Short Title: Rodriguez Vazquez v. Bostock, et al.

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
## United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number:              25-6842
Originating Case Number:    3:25-cv-05240-TMC

Case Title:                 Rodriguez Vazquez v. Bostock, et al.

**Monday, November 3, 2025**

| | |
|---|---|
| Drew Bostock | Mediation Questionnaire due |
| Bruce Scott | Mediation Questionnaire due |
| Kristi Noem | Mediation Questionnaire due |
| United States Department of Homeland Security | Mediation Questionnaire due |
| Pamela Bondi | Mediation Questionnaire due |
| Executive Office for Immigration Review | Mediation Questionnaire due |
| Sirce Owen | Mediation Questionnaire due |
| Tacoma Immigration Court | Mediation Questionnaire due |

**Wednesday, November 12, 2025**

| | |
|---|---|
| Drew Bostock | Appeal Transcript Order Due |
| Bruce Scott | Appeal Transcript Order Due |
| Kristi Noem | Appeal Transcript Order Due |
| United States Department of Homeland Security | Appeal Transcript Order Due |
| Pamela Bondi | Appeal Transcript Order Due |
| Executive Office for Immigration Review | Appeal Transcript Order Due |
| Sirce Owen | Appeal Transcript Order Due |
| Tacoma Immigration Court | Appeal Transcript Order Due |

**Thursday, December 11, 2025**

| | |
|---|---|
| Drew Bostock | Appeal Transcript Due |
| Bruce Scott | Appeal Transcript Due |
| Kristi Noem | Appeal Transcript Due |
| United States Department of Homeland Security | Appeal Transcript Due |
| Pamela Bondi | Appeal Transcript Due |
| Executive Office for Immigration Review | Appeal Transcript Due |
| Sirce Owen | Appeal Transcript Due |
| Tacoma Immigration Court | Appeal Transcript Due |

**Tuesday, January 20, 2026**

| | |
|---|---|
| Drew Bostock | Appeal Opening Brief Due |
| Bruce Scott | Appeal Opening Brief Due |
| Kristi Noem | Appeal Opening Brief Due |
| United States Department of Homeland Security | Appeal Opening Brief Due |
| Pamela Bondi | Appeal Opening Brief Due |
| Executive Office for Immigration Review | Appeal Opening Brief Due |
| Sirce Owen | Appeal Opening Brief Due |
| Tacoma Immigration Court | Appeal Opening Brief Due |

**Thursday, February 19, 2026**

| | |
|---|---|
| Ramon Rodriguez Vazquez | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**