UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Ramon RODRIGUEZ VAZQUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Drew BOSTOCK, et al., <br><br> Defendants. | Case No. 3:25-cv-05240-TMC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR FURTHER RELIEF PURSUANT TO 28 U.S.C. § 2202** |

Having considered the parties' briefing concerning the Bond Denial Class's Motion for Further Relief Pursuant to 28 U.S.C. § 2202, as well as the argument of the parties, the Court **GRANTS** the motion.

Accordingly, the Court **ORDERS** as follows:

(1) Every Monday by 5:00 pm PST, Defendants must provide to class counsel a class list of all Bond Denial Class members. The list must include each person's name, their alien file number, and the status of any bond proceedings for that person.

(2) Prior to the transfer of any Bond Denial Class members, Defendants must provide the class member, the class member's immigration counsel (if any), and class counsel five business days' notice of the impending transfer.

[PROPOSED] ORDER GRANTING
PLS.' MOT. FOR FURTHER RELIEF
PURSUANT TO 28 U.S.C. § 2202 - 1
Case No. 3:25-cv-05240-TMC

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

(3) Within fourteen days of this order, Defendants must provide notice to all Bond Denial Class members and to all of Defendants' employees working for Immigration and Customs Enforcement (ICE) or the Executive Office for Immigration Review in this district of their rights and obligations as declared by the Court's September 30, 2025, declaratory judgment order. Defendants must consult with class counsel as to the contents of this notification. Notification must be provided on an individual basis, must be provided in a class member's native language, and may not be accomplished by simply posting a notice at the Northwest ICE Processing Center. In addition, notice must be provided to new class members on a weekly basis as Defendants identify new class members to produce the required class list.

It is so ORDERED.

DATED this _____ day of _____, 2025.

_____
Tiffany M. Cartwright
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Matt Adams
Matt Adams, WSBA No. 28287
matt@nwirp.org

s/ Aaron Korthuis
Aaron Korthuis, WSBA No. 53974
aaron@nwirp.org

s/ Glenda M. Aldana Madrid
Glenda M. Aldana Madrid, WSBA No. 46987
glenda@nwirp.org

s/ Leila Kang
Leila Kang, WSBA No. 48048
leila@nwirp.org

NORTHWEST IMMIGRANT
RIGHTS PROJECT
615 Second Ave., Suite 400
Seattle, WA 98104
(206) 957-8611

*Counsel for the Bond Denial Class*

[PROPOSED] ORDER GRANTING PLS.' MOT. FOR FURTHER RELIEF PURSUANT TO 28 U.S.C. § 2202 - 2
Case No. 3:25-cv-05240-TMC

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611