District Judge Tiffany M. Cartwright

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

Ramon RODRIGUEZ VAZQUEZ,

*Plaintiff*,

v.

Drew BOSTOCK, *et al.*,

*Defendants*.

CASE NO. 3:25-cv-05240

DEFENDANTS' OPPOSITION TO PLAINTIFF'S EX PARTE MOTION TO EXPEDITE BRIEFING

Defendants oppose Plaintiff's Ex Parte Motion to Expedite Briefing ("Motion to Expedite"), ECF No. 79, on Plaintiff's Motion for Further Relief Pursuant to 28 U.S.C. § 2202 ("Motion for Further Relief"), ECF No. 74. Principally, the Court should deny the Motion to Expedite because "[m]otions to shorten time have been abolished" in this District. LCR 6(b).

On Friday, October 31, 2025, Plaintiff filed a Motion for Further Relief seeking, among other things, a Court order directing Defendants to take certain actions regarding the Bond Denial Class Members. ECF No. 74. This Motion for Further Relief is a 21-day motion, with a noting date of November 21, 2025. *See id.* at 1; LCR 7(d)(3). According to the Local Civil Rules, Defendants' current deadline to respond to the Motion for Further Relief is November 17, 2025. *See* LCR 7(d)(3) ("Any opposition papers shall be filed and received by the moving party no later than 15 days after the filing date of the motion."). But shortly after filing the Motion for Further Relief, Plaintiff filed the Motion

DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION TO EXPEDITE
[CASE NO. 3:25-CV-05240-TMC]

1

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202) 307-6329

to Expedite, requesting "that Defendants be required to respond to this motion by Thursday, November 6, 2025," *i.e.*, four business days following the filing and receipt of the Motion for Further Relief. ECF No. 79 at 5. Defendants respectfully request that the Court deny Plaintiff's request to expedite briefing.

First, Plaintiff's Motion to Expedite is procedurally improper and contravenes this District's abolition of motions to shorten time. *See* LCR 6(b). Second, responding to Plaintiff's Motion for Further Relief will require substantial communication and coordination between Defendants and their undersigned counsel. Four business days is an insufficient amount of time for the government to engage in this communication and coordination within the Department of Justice and with the client agencies, to determine an appropriate response to Plaintiff's Motion for Further Relief, and explore whether a resolution would be possible without the need for further litigation. Such a short deadline is even more unreasonable in light of the current government shutdown.[1]

Thus, the Court should deny Plaintiff's Motion to Expedite because Plaintiff seeks relief foreclosed by Local Civil Rule 6(b). Plaintiff's proposed briefing schedule is additionally unreasonable given the substantial amount of time required to properly respond to Plaintiff's Motion for Further Relief, which is only exacerbated by the current government shutdown.

DATED this 3rd day of November, 2025. Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SAMUEL P. GO
Assistant Director

---

[1] On October 1, 2025, the Court stayed the deadline to answer and file the Joint Status Report due to the lapse in appropriations. ECF No. 68.

DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION TO EXPEDITE
[CASE NO. 3:25-CV-05240-TMC]

2

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202) 307-6329

VICTOR M. MERCADO-SANTANA
Senior Litigation Counsel

MICHAEL D. ROSS
Trial Attorney

*/s/ Ian S. Lam*
IAN S. LAM (D.C. Bar No. 90017495)
Trial Attorney
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
Washington, DC 20005
Phone: 202-307-6329
Email: Ian.S.Lam@usdoj.gov

*Attorneys for Defendant*

Defendants' Opposition to Plaintiff's Motion to Expedite
[Case No. 3:25-CV-05240-TMC]

3

U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 307-6329