District Judge Tiffany M. Cartwright

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| Ramon RODRIGUEZ VAZQUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Drew BOSTOCK, et al., <br><br> Defendants. | Case No. 3:25-cv-05240-TMC <br><br> **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiffs respectfully submit this notice of supplemental authority in support of their Motion for Further Relief Pursuant to 28 U.S.C. § 2202, Dkt. 74. On December 19, 2025, the United States District Court for the District of Massachusetts issued a a final declaratory judgment in favor of the certified class[1] in *Guerrero Orellana v. Moniz*, --- F. Supp. 3d ---, 2025 WL 3687757 (D. Mass. Dec. 19, 2025). Similar to this Court's ruling for the Bond Denial Class, the *Guerrero Orellana* court held that 8 U.S.C. § 1225(b)(2)(A) does not authorize the class members' detention.

---

[1] The certified class in *Guerrero Orellana* is closely analogous to the Bond Denial Class in this case, except that it is limited to those detained in Massachusetts or subject to the jurisdiction of an immigration court located in Massachusetts and does not exclude all individuals who were apprehended upon arrival. *Guerrero Orellana v. Moniz*, --- F. Supp. 3d ---, 2025 WL 3687757, at *4 (D. Mass. Dec. 19, 2025).

PLS.' NOT. OF SUPPL. AUTHORITY - 1
Case No. 3:25-cv-05240-TMC

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

The *Guerrero Orellana* court then exercised its authority under Federal Rule of Civil Procedure 23(d)(1)(B) to order "the government to give notice to all noncitizens whom the government reasonably believes may be members of the class." *Id.* at *9. The court concluded that mere posting of notices in detention facilities would be inadequate in light of transfers, language barriers, and the fact that many class members are unrepresented. *Id.* The court also required individualized notice even though the government argued that "determining who should receive individualized notice as a class member . . . is an onerous undertaking for [the Department of Homeland Security]." *Id.*

Plaintiffs respectfully submit that this authority supports the further "necessary or proper" relief they seek here under 28 U.S.C. § 2202, particularly the request for notice to class members.

Respectfully submitted this 24th day of December, 2025.

s/ Matt Adams
Matt Adams, WSBA No. 28287
matt@nwirp.org

s/ Leila Kang
Leila Kang, WSBA No. 48048
leila@nwirp.org

s/ Glenda M. Aldana Madrid
Glenda M. Aldana Madrid, WSBA No. 46987
glenda@nwirp.org

s/ Aaron Korthuis
Aaron Korthuis, WSBA No. 53974
aaron@nwirp.org

s/ Amanda Ng
Amanda Ng, WSBA No. 57181
amanda@nwirp.org

NORTHWEST IMMIGRANT
RIGHTS PROJECT
615 Second Ave., Suite 400
Seattle, WA 98104
(206) 957-8611

*Counsel for the Certified Classes*

PLS.' NOT. OF SUPPL. AUTHORITY - 2
Case No. 3:25-cv-05240-TMC

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611