UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAMON RODRIGUEZ VAZQUEZ, on behalf of himself as an individual and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LAURA HERMOSILLO, et al,<br><br>Defendants. | Case No. 3:25-cv-05240-TMC<br><br>ORDER REGARDING FURTHER RELIEF |

On January 14, 2026, the Court issued an order granting Plaintiffs further relief under its September 30, 2025 declaratory judgment. Dkt. 112; *see* 28 U.S.C. § 2202. On January 28, 2026, the Court held a status conference to resolve disputes between the parties regarding that relief—specifically, the requirements that Defendants provide (1) weekly lists to class counsel of potential class members and (2) notice of the Court's declaratory judgment to potential class members already detained at the Northwest Immigration and Customs Enforcement Processing Center ("NWIPC"). This Order memorializes the oral rulings issued at that hearing.

The Court ORDERS:

ORDER REGARDING FURTHER RELIEF - 1

1. Under paragraph 3 of the Order granting further relief (Dkt. 112 at 19), as part of the weekly lists to class counsel, Defendants must provide class counsel with each listed detainee's (1) I-213 *and* (2) either a list of the detainee's charges or their Notice to Appear.

2. No later than Monday, February 9, Defendants must provide notice of the Court's declaratory judgment to all potential class members who were already detained at NWIPC as of January 14, when the Court issued its Order granting further relief. The February 9 list to class counsel must include all potential class members who were already detained at NWIPC at that point. For all detainees who have arrived or will arrive at NWIPC since January 14, the notice must be provided within five days of their arrival, as required by paragraph 2 of the Order granting further relief. *See* Dkt. 112 at 19.

Dated this 28th day of January, 2026.

Tiffany M. Cartwright
United States District Judge

ORDER REGARDING FURTHER RELIEF - 2