District Judge Tiffany M. Cartwright

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

Ramon RODRIGUEZ VAZQUEZ, on behalf of himself and others similarly situated,

          Plaintiff,

   v.

Laura HERMOSILLO, et al.,

          Defendants.

Case No. 3:25-cv-05240-TMC

**JOINT STATUS REPORT**

The parties hereby submit this joint report regarding phone access. Defendants report that the number listed in the notice to class members (206-957-8670) is registered as an attorney number and is therefore unmonitored. Defendants can provide a further report stating whether the calls to this number are free.

The Bond Denial Class continues to await a response from Defendants regarding whether the phone line to contact class counsel is being provided free of charge, which is necessary to ensure class members have meaningful access to class counsel. The Bond Denial Class proposes that the Court require a further JSR by Friday, February 6, 2026.

J. STATUS REP. - 1
Case No. 3:25-cv-05240-TMC

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

Respectfully submitted this February 2, 2026.

s/ Matt Adams
Matt Adams, WSBA No. 28287
matt@nwirp.org

s/ Leila Kang
Leila Kang, WSBA No. 48048
leila@nwirp.org

s/ Glenda M. Aldana Madrid
Glenda M. Aldana Madrid, WSBA No. 46987
glenda@nwirp.org

s/ Aaron Korthuis
Aaron Korthuis, WSBA No. 53974
aaron@nwirp.org

NORTHWEST IMMIGRANT
RIGHTS PROJECT
615 Second Ave., Suite 400
Seattle, WA 98104
(206) 957-8611

*Counsel for Plaintiff and the Certified Classes*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SAMUEL P. GO
Assistant Director

VICTOR M. MERCADO-SANTANA
Senior Litigation Counsel

MICHAEL D. ROSS
Trial Attorney

*Counsel for Defendants*

*s/ Ian S. Lam*
IAN S. LAM
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6329
Facsimile: (202) 305-7000
E-mail: Ian.S.Lam@usdoj.gov

J. STATUS REP. - 2
Case No. 3:25-cv-05240-TMC