**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

Ramon RODRIGUEZ VAZQUEZ, et al.,

Plaintiffs,

v.

Julio HERNANDEZ, et al.,

Defendants.

Case No. 3:25-cv-05240-TMC

**STIPULATED MOTION TO AMEND RELIEF ORDERED UNDER 28 U.S.C. § 2202 AND JOINT STATUS REPORT**

Noting Date: August 25, 2026

The parties submit this joint status report and stipulation regarding the relief that this Court ordered pursuant to 28 U.S.C. § 2202, as requested by the Court at the August 18, 2026, status conference. *See* Dkts. 112, 116, 129. On August 24, 2026, the parties held a meet and confer via video to discuss their respective positions. The parties have agreed to certain changes to the class notice, which update the notice to reflect the case's new posture and to inform Bond Denial class members that they should request a bond hearing from the immigration court rather than file a habeas petition. *See* Ex. A (track changes version of class notice); Ex. B (proposed final version of new notice). A proposed order adopting this notice is attached to this report and stipulation. The parties have not reached agreement on modifications to any other part of the § 2202 relief this Court ordered.



NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

Respectfully submitted this 25th of August, 2026.

s/ Matt Adams
Matt Adams, WSBA No. 28287
matt@nwirp.org

s/ Aaron Korthuis
Aaron Korthuis, WSBA No. 53974
aaron@nwirp.org

s/ Leila Kang
Leila Kang, WSBA No. 48048
leila@nwirp.org

NORTHWEST IMMIGRANT
RIGHTS PROJECT
615 Second Ave., Suite 400
Seattle, WA 98104
(206) 957-8611

*Counsel for the Bond Denial Class*

CHARLES NEIL FLOYD
United States Attorney
Western District of Washington

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SAMUEL P. GO
Assistant Director

/s/ Victor M. Mercado-Santana
VICTOR M. MERCADO-SANTANA
Senior Litigation Counsel
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
Washington, DC 20044
Phone: (202) 305-7001
Email: victor.m.mercado-santana@usdoj.gov

AYSHA T. IQBAL
JAIME S. SURR
Trial Attorneys

*Attorneys for Defendants*

**ORDER**

Having reviewed the parties' stipulated motion, the Court GRANTS the motion. The operative notice required pursuant to the Court's order at Dkt. 112 is now Ex. B to the parties August, 25, 2026, Stipulated Motion and Joint Status Report. The other aspects of the notice requirement remain in effect.

IT IS SO ORDERED.

Dated this ___ of _______________, 2026.

_________________________________
District Judge Tiffany M. Cartwright



NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611