# Exhibit A

**NOTICE TO POTENTIAL *RODRIGUEZ VAZQUEZ* CLASS MEMBER**
**United States District Court for the Western District of Washington**
**Case No. 2:25-cv-05240-TMC**

**Purpose of Notice**

You may be a class member in a case called *Rodriguez Vazquez v.* ~~*Hermosillo*~~*Hernandez*, Case No. 2:25-cv-05240-TMC, filed in the federal district court for the Western District of Washington. The federal district judge in *Rodriguez Vazquez* has ruled that people in this class (called the "Bond Denial Class") have the right to a bond hearing in immigration court. The ~~government is currently appealing~~Ninth Circuit affirmed that ~~decision~~ruling on July 30, 2026. You are receiving this notice because the federal district judge ordered that people who may be class members must be told about the ~~federal~~ district court decision.

**What is *the Rodriguez Vazquez* case about?**

This case challenges the Department of Homeland Security's (DHS) and Tacoma Immigration Court's legal position interpreting the statutes on detention authority resulting in a finding of no jurisdiction to consider release on bond for certain individuals in detention because they entered the United States without being admitted or inspected. The federal judge has ruled that this policy is unlawful~~.~~, and the Ninth Circuit has affirmed that ruling. Under the court's order, class members must be considered for release on bond and must receive a bond hearing if they request one.

**You may be a class member if:**

1. You do not have lawful status in the United States;
2. You are detained at the Northwest ICE Processing Center in Tacoma, Washington;
3. You entered the United States without inspection;
4. You were **not** apprehended upon arrival;
5. You are **not** in expedited removal proceedings;
6. You are **not** in mandatory detention due to certain criminal charges or convictions; and
7. You do **not** have a final order of removal or a reinstated order of removal.

Receiving this notice **does not mean** you are a class member. It means that you might be a class member.

**Who can I contact for more information?**

- **If you already have an attorney**, talk to your attorney to check if you are a class member.
- **If you do not have an attorney**, you may contact counsel of choice or class counsel directly using the information at the end of this notice.

**What must class members do to receive a bond hearing?**

~~Because DHS and the Tacoma Immigration Court are not following the federal judge's ruling, class members will likely need to file a habeas petition in federal court. Class counsel may be able to help you file a habeas petition. You can contact class counsel by leaving a message at:~~

~~Phone: Option 1: Select language; enter your PIN and the # sign; dial (6) when prompted; dial 2271#, and then enter extension *170~~
~~Option 2: Dial 206-957-8670~~

Ask the immigration court for a bond hearing. You can either inform the immigration judge directly or ask an attorney to request one for you. Class members do not need to file a habeas petition to obtain a bond hearing.

If you are a class member, contact class counsel if the immigration judge refused to hold a bond hearing or say they have no authority or jurisdiction to consider your bond request. You may contact class counsel at:

Phone: 253.383.0519

Email: habeas@nwirp.org

Please make sure to provide your name and A number when contacting class counsel.

**DISCLAIMER:** This notice is furnished pursuant to a federal court order and not for any other reason. This notice is not and should not be construed as legal advice on the part of the Defendants and the United States government.