District Judge Tiffany M. Cartwright

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| Ramon RODRIGUEZ VAZQUEZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Julio HERNANDEZ, et al.,<br><br>Defendants. | Case No. 3:25-cv-05240-TMC<br><br>**ORDER** |

**ORDER**

Having considered the parties' Stipulated Motion to Extend the Discovery Deadline, Dkt. 134, and finding good cause, the Court hereby ORDERS the discovery schedule be amended as follows:

| | |
|---|---|
| Fact discovery cut-off | June 30, 2027 |
| Expert disclosures | August 31, 2027 |
| Rebuttal expert disclosures | September 30, 2027 |
| Deposition of rebuttal experts | October 29, 2027 |
| Dispositive and Daubert motions<br>Response briefs<br>Reply briefs | January 14, 2028<br>February 4, 2028<br>February 11, 2028 |

**IT IS SO ORDERED.**

DATED this 1st day of September, 2026.

HON. TIFFANY M. CARTWRIGHT
United States District Judge

Presented by: */s/ Jaime Durr*
JAIME DURR (LA Bar No. 37668)
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Phone: 202-307-8609
Email: jaime.durr@usdoj.gov