**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| Ramon RODRIGUEZ VAZQUEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Julio HERNANDEZ, et al.,<br><br>Defendants. | Case No. 3:25-cv-05240-TMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR FURTHER RELIEF PURSUANT TO 28 U.S.C. § 2202** |

Having considered the parties' briefing concerning the Bond Denial Class's Motion for Further Relief Pursuant to 28 U.S.C. § 2202, as well as the argument of the parties, the Court **GRANTS** the motion.

Accordingly, the Court **ORDERS** as follows:

(1) Prior to transferring any individual covered by the notice requirements required by the Court's previous order granting relief under 28 U.S.C. § 2202, *see* Dkt. 112, Defendants must provide five days' notice of such planned transfer to class counsel and to any immigration attorney of record in the individual's custody or removal case.

(2) Defendants must provide weekly status reports regarding their compliance with the Court's previous order granting relief under 28 U.S.C. § 2202. *See* Dkt. 112; Dkt.



NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

116. Those reports must be filed each Tuesday by 5:00 pm PST. Each report must include the following information:

a. the number of individuals listed on that week's list of prospective class members;

b. the number of I-213s produced for individuals on that weekly list;

c. the number of NTAs produced for individuals on that weekly list;

d. an explanation for why any I-213s or NTAs were not produced as required;

e. an update as to any I-213s or NTAs not previously produced, including how many additional such documents have been produced and to which weekly production those supplemental documents correspond.

It is so ORDERED.

DATED this ___________ day of _____________________, 2026.

_________________________________________
Tiffany M. Cartwright
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Aaron Korthuis
Aaron Korthuis, WSBA No. 53974
aaron@nwirp.org

s/ Leila Kang
Leila Kang, WSBA No. 48048
leila@nwirp.org

s/ Matt Adams
Matt Adams, WSBA No. 28287
matt@nwirp.org

NORTHWEST IMMIGRANT
RIGHTS PROJECT
615 Second Ave., Suite 400
Seattle, WA 98104
(206) 957-8611

*Counsel for the Bond Denial Class*



NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611