**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| Ramon RODRIGUEZ VAZQUEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Julio HERNANDEZ, et al.,<br><br>Defendants. | Case No. 3:25-cv-05240-TMC<br><br>**DECLARATION OF AARON KORTHUIS IN SUPPORT OF PLAINTIFFS' MOTION FOR FURTHER RELIEF PURSUANT TO 28 U.S.C. § 2202** |

I, Aaron Korthuis, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of Washington, WSBA No. 53974. I am employed by the Northwest Immigrant Rights Project (NWIRP) and am one of the attorneys appointed as Class Counsel in this matter. I have personal knowledge of the matters stated below, and if called to testify, I could and would testify competently to them.

2. Attached as Ex. A is a true and accurate copy of the following article: Nina Shapiro, *ICE transfers hundreds from Tacoma detention center out of state*, Seattle Times (Aug. 29, 2026).

3. Attached as Ex. B is a true and accurate copy of email correspondence between Matt Adams and Victor Mercado-Santana.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of September, 2026, at Seattle, Washington.

s/ Aaron Korthuis
Aaron Korthuis, WSBA No. 53974
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 816-3872
aaron@nwirp.org