UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Ramon RODRIGUEZ VAZQUEZ et al.,<br>Petitioners,<br>v.<br>Julio HERNANDEZ et al.,<br>Respondents. | Case No. 3:25-cv-05240-TMC<br><br>**DECLARATION OF DEREK POTTS** |

## DECLARATION OF DEREK POTTS

I, Derek Potts, hereby declare:

1. My name is Derek Potts. I am over the age of 18 and am competent to testify regarding the matters described below.

2. I am an attorney employed by Gonzales Gonzales & Gonzales Immigration Law Offices, a law firm specializing in immigration law in Seattle, WA. I am licensed to practice law under the authority of the Indiana Supreme Court and have been practicing immigration law since December 2024.

3. Our firm was retained on August 25, 2026 to represent Mr. Javier Toledano Alonso ("Mr. Toledano Alonso") for bond redetermination proceedings in front of IJ Odell in Tacoma, WA. That same day, I was assigned the case and confirmed that Mr. Toledano Alonso was being held at the Northwest ICE Processing Center ("NWIPC") in Tacoma via the ICE Detainee Locator.

4. At approximately 11:30 PM on August 26, our firm was contacted by Mr. Toledano Alonso's wife, Maria Hernandez ("Ms. Hernandez"). She told me that she missed a call from the NWIPC that she assumed was from her husband and had heard rumors that many detainees were being transferred out of NWIPC to other facilities. I searched repeatedly for the remainder of August 26 as well as August 27 on the ICE Detainee Locator which continued to show Mr. Toledano Alonso was in Tacoma before updating to show that it did not have information for anyone with that name.

5. On the morning of August 28, I was contacted again by Ms. Hernandez. She told me that she was able to speak with her husband earlier that morning and that he was in a facility in Mississippi, but had been told that he would be moved within a week to another facility in

Louisiana. After speaking with her, I searched again on the ICE Detainee Locator and now found it displaying that he was being held in the Adams County Correctional Facility in Mississippi.

6. Later that same day, I received an email sent by Matt Adams ("Mr. Adams") of the Northwest Immigrant Rights Project to members of the America Immigration Lawyers Association – Washington Chapter, asking for reports of any *Rodriguez Vazquez* class members being transferred. I searched the filings in that litigation and found the following criteria for an individual to be considered a qualifying class member: "All noncitizens without lawful status detained at the [NWIPC] who (1) have entered or will enter the United States without inspection, (2) are not apprehended upon arrival, (3) are not or will not be subject to detention under 8 U.S.C. § 1226(c), § 1225(b)(1), or § 1231 at the time the noncitizen is scheduled for or requests a bond hearing." Rodriguez Vazquez v. Bostock, 349 F.R.D. 333, 365 (W.D. Wash. 2025).

7. I went over the information I had about Mr. Toledano Alonso as provided by his wife, Ms. Hernandez, and from previous legal consultations conducted by our firm with Mr. Toledano Alonso. From review of those notes and my understanding of the necessary qualifications for class membership as set forth above, I believe that Mr. Toledano Alonso meets all of the criteria set forth for *Rodriguez Vazquez* class membership. As such, I contacted Mr. Adams to report Mr. Toledano Alonso's transfer.

I, Derek Potts, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Seattle, WA on August 28, 2026.

By: ______________________
Derek Potts

NORTHWEST IMMIGRANT RIGHTS PROJECT
2209 N Pearl St. Suite 200
Tacoma, WA 98402
Telephone (206) 957- 8650