UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Ramon RODRIGUEZ VAZQUEZ et al.,<br>Petitioners,<br>v.<br>Julio HERNANDEZ et al.,<br>Respondents. | Case No. 3:25-cv-05240-TMC<br><br>**DECLARATION OF NICOLÁS ANDRÉS OLANO** |

**DECLARATION OF NICOLÁS ANDRÉS OLANO**

I, Nicolás Andrés Olano, hereby declare:

1. My name is Nicolás Andrés Olano. I am over the age of 18 and am competent to testify regarding the matters described below.
2. I am an attorney licensed in Florida (Bar No. 0528961) and Alaska (Bar No. 2105042). I am the co-owner of the Nations Law Group, located at 2525 Blueberry Road, Suite 207, Anchorage, AK 99503. I live in Anchorage, Alaska. My phone number is 907-770-0909. My email address is nicolas@nationslawak.com. I have practiced immigration and nationality law, with removal defense and litigation as my primary focus, since 2002. I have handled hundreds of cases before the Executive Office for Immigration Review (EOIR) during that time period. I currently practice regularly before EOIR, with most of my EOIR cases being handled at the Portland, Oregon and Tacoma, Washington courts.
3. Alaska does not have an Immigration and Customs Enforcement (ICE) detention facility. In Alaska, ICE holds people it detains in state-run facilities, generally for a period of a few days. After that time period, ICE transfers the detainees to facilities outside of Alaska, most commonly to the Northwest ICE Processing Center (NWIPC) in Tacoma, Washington. The NWIPC facility is also the first ICE detention center where detainees are taken after being detained in other states without an ICE detention center, such as Oregon, Montana, and Idaho. For that reason, I practice regularly before the EOIR Tacoma court, representing clients who are detained at the NWIPC facility.

4. For the past several years, EOIR has conducted many hearings via Webex, a remote videoconferencing platform. For example, Alaska's EOIR docket at the Portland, Oregon court has been exclusively via Webex since approximately 2018. Likewise, at the Tacoma court, it has been common practice for the attorney to appear via Webex at hearings before the court. As noted above, NWIPC houses detainees from several states, so it is very common for the detainee to have no connection to Washington State aside from being temporarily located there at the detention center. Until approximately Monday, August 17, 2026, counsel had not been required to file a motion to appear via Webex.

5. I currently have several clients detained at NWIPC. Through my representation of them, I have recently become aware that EOIR has instituted a policy of denying motions for Webex appearance for counsel in detained cases at the Tacoma court. I received my first such denial on August 17, 2026. I appeared before Immigration Judge Tammy Fitting via Webex at approximately 9:00 a.m. on August 17, 2026. Minutes after that hearing, Judge Fitting denied my motion to appear via Webex at a subsequent hearing for the same client whom I had represented via Webex only minutes earlier. The denial stated that the court did not consider the travel costs required for me to appear in person in Tacoma at the hearing to be good cause. Attached as Exhibit 1 is a copy of Judge Fitting's August 17 order. After receiving the denial, I called EOIR in Tacoma on August 17, 2026. The clerk with whom I spoke, Nicole de la Torre, told me that from now on, EOIR Tacoma would generally deny motions for counsel to appear via Webex at hearings scheduled before the Tacoma court.

6. On August 19, 2026, Immigration Judge Tammy Fitting denied a motion to appear via Webex for another of my clients. Attached as Exhibit 2 is a copy of Judge Fitting's August 19 order. On August 25, 2026, I attempted to appear via Webex at a master calendar hearing before the Tacoma court again, during which Immigration Judge John Odell allowed me into the Webex courtroom for the sole purpose of telling me that he would not allow me to appear via Webex and that the court would no longer allow Webex appearance by counsel as a routine matter.
7. In addition to my own experiences, over the past two weeks I have heard from numerous immigration attorney colleagues across the Pacific Northwest and in other states that EOIR has also denied their motions for Webex appearances for hearings at the Tacoma court. I have personally seen several of these denial orders, which are dated starting on approximately August 13, 2026.
8. This new EOIR policy means that clients who have hired local counsel in their home state will be deprived of that counsel because ICE has transferred them to NWIPC in Tacoma. It is not possible for practitioners like me to represent clients before the Tacoma court due to this recent policy change.

I, Nicolás Andrés Olano, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Anchorage, Alaska on August 28, 2026.

By: ______________________
Nicolás Andrés Olano

# EXHIBIT 1

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**TACOMA IMMIGRATION COURT**

Respondent Name:
[redacted]

To:
Olano, Nicolas A
2525 Blueberry Rd.
Suite 207
ANCHORAGE, AK 99503

A-Number:
[redacted]
Riders:
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
08/17/2026

## ORDER OF THE IMMIGRATION JUDGE

Counsel filed a motion for video appearance. The court does not find good cause. Counsel can associate with a local attorney.

**Order:**

The motion is denied.

Immigration Judge: FITTING, TAMMY 08/17/2026

Appeal: Department of Homeland Security: ☐ waived ☑ reserved
Respondent: ☐ waived ☑ reserved

Appeal Due: 09/16/2026

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : [redacted] | A-Number [redacted]

Riders:

Date: 08/17/2026 By: Bairos, Erica, Court Staff

# EXHIBIT 2

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**TACOMA IMMIGRATION COURT**

Respondent Name:
[redacted]

To:

Olano, Nicolas A
2525 Blueberry Rd.
Suite 207
ANCHORAGE, AK 99503

A-Number:
[redacted]

Riders:
In Custody Redetermination Proceedings

Date:
08/19/2026

## ORDER OF THE IMMIGRATION JUDGE

Counsel filed a motion to appear by video. The court does not find good cause.

**Order:**

The motion is denied.

Immigration Judge: FITTING, TAMMY 08/19/2026

Appeal: Department of Homeland Security: ☐ waived ☑ reserved
Respondent: ☐ waived ☑ reserved
Appeal Due: 09/18/2026

**Certificate of Service**

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS
Respondent Name : [redacted] | A-Number : [redacted]
Riders:
Date: 08/20/2026 By: Vann, Kendra, Court Staff