# EXHIBIT C

APPEAL,HABEAS,Class Action

**United States District Court**
**District of Nevada (Las Vegas)**
**CIVIL DOCKET FOR CASE #: 2:25-cv-02136-RFB-MDC**

Jacobo-Ramirez et al v. Mullin et al
Assigned to: Judge Richard F. Boulware, II
Referred to: Magistrate Judge Maximiliano D. Couvillier, III
Cases: 2:25-cv-01542-RFB-EJY
2:25-cv-01553-RFB-BNW
2:25-cv-02240-RFB-EJY
2:25-cv-02231-RFB-EJY
2:25-cv-02217-RFB-DJA
2:25-cv-02161-RFB-BNW
2:25-cv-02270-RFB-EJY
2:25-cv-02221-RFB-BNW
2:25-cv-02206-RFB-NJK
2:25-cv-02304-RFB-EJY
2:25-cv-02281-RFB-EJY
2:25-cv-02328-RFB-NJK
2:25-cv-02336-RFB-EJY
2:25-cv-02343-RFB-DJA
3:25-cv-00688-RFB-CSD
2:25-cv-02399-RFB-DJA
2:25-cv-02409-RFB-EJY
2:25-cv-02446-RFB-MDC
2:25-cv-02483-RFB-BNW
2:25-cv-02544-RFB-EJY
2:25-cv-02548-RFB-BNW
2:25-cv-02580-RFB-NJK
2:26-cv-00043-RFB-BNW
2:26-cv-00047-RFB-EJY
2:26-cv-00049-RFB-DJA
2:26-cv-00050-RFB-BNW
2:26-cv-00048-RFB-MDC
2:26-cv-00100-RFB-MDC
3:26-cv-00032-RFB-CSD
2:26-cv-00134-RFB-MDC
2:26-cv-00172-RFB-NJK
2:26-cv-00184-RFB-MDC
2:26-cv-00182-RFB-DJA
2:26-cv-00197-RFB-DJA
2:26-cv-00205-RFB-NJK
2:26-cv-00234-RFB-BNW
2:26-cv-00247-RFB-DJA
2:26-cv-00242-RFB-BNW
3:26-cv-00081-RFB-CSD
2:26-cv-00262-RFB-BNW
2:26-cv-00264-RFB-BNW
3:26-cv-00084-RFB-CLB
3:26-cv-00079-RFB-CSD
2:26-cv-00279-RFB-MDC
3:26-cv-00090-RFB-CSD
2:26-cv-00303-RFB-NJK
2:26-cv-00053-RFB-EJY
2:26-cv-00299-RFB-BNW
2:26-cv-00306-RFB-NJK
2:26-cv-00293-RFB-NJK
2:26-cv-00328-RFB-BNW
2:26-cv-00326-RFB-MDC
2:26-cv-00327-RFB-NJK

Date Filed: 10/30/2025
Jury Demand: None
Nature of Suit: 463 Habeas Corpus - Alien Detainee
Jurisdiction: U.S. Government Defendant

2:26-cv-00315-RFB-DJA
2:26-cv-00329-RFB-DJA
2:26-cv-00316-RFB-EJY
2:26-cv-00332-RFB-MDC
2:26-cv-00333-RFB-NJK
2:26-cv-00345-RFB-BNW
2:26-cv-00344-RFB-BNW
2:26-cv-00362-RFB-BNW
2:26-cv-00354-RFB-MDC
2:26-cv-00355-RFB-NJK
2:26-cv-00359-RFB-BNW
2:26-cv-00372-RFB-BNW
2:26-cv-00379-RFB-DJA
2:26-cv-00375-RFB-DJA
2:26-cv-00360-RFB-EJY
2:26-cv-00396-RFB-BNW
2:26-cv-00427-GMN-BNW
2:26-cv-00426-RFB-DJA
2:26-cv-00445-RFB-EJY
2:26-cv-00451-RFB-NJK
2:26-cv-00449-RFB-MDC
2:26-cv-00455-RFB-EJY
2:26-cv-00462-RFB-DJA
2:26-cv-00463-RFB-MDC
2:26-cv-00465-RFB-BNW
2:26-cv-00537-RFB-EJY
2:26-cv-00541-RFB-NJK
2:26-cv-00365-RFB-EJY
2:26-cv-00643-RFB-BNW
2:26-cv-00650-RFB-MDC
2:26-cv-00706-RFB-DJA
3:26-cv-00175-RFB-CSD
2:26-cv-00699-RFB-EJY
3:26-cv-00180-RFB-CSD
2:26-cv-00727-RFB-EJY
2:26-cv-00773-RFB-MDC
2:26-cv-00761-RFB-BNW
2:26-cv-00783-RFB-EJY
2:26-cv-00791-RFB-EJY
3:26-cv-00193-RFB-CSD
2:26-cv-00799-RFB-DJA
2:26-cv-00797-RFB-NJK
2:26-cv-00798-RFB-BNW
2:26-cv-00811-RFB-DJA
2:26-cv-00814-RFB-NJK
2:26-cv-00845-RFB-MDC
2:26-cv-00459-RFB-DJA
2:26-cv-00872-RFB-EJY
2:26-cv-00873-RFB-DJA
2:26-cv-00871-RFB-MDC
2:26-cv-00850-RFB-BNW
2:26-cv-00874-RFB-BNW
2:26-cv-00886-RFB-DJA
2:26-cv-00009-RFB-DJA
2:26-cv-00901-RFB-EJY
2:26-cv-00900-RFB-EJY
2:26-cv-00899-RFB-EJY
2:26-cv-00922-RFB-DJA
2:26-cv-00926-RFB-BNW
2:26-cv-00937-RFB-MDC
2:26-cv-00940-RFB-NJK
2:26-cv-00957-RFB-BNW
2:26-cv-00962-RFB-DJA
2:26-cv-00961-RFB-MDC
2:26-cv-00980-RFB-EJY

2:26-cv-00963-RFB-BNW
2:26-cv-01005-RFB-DJA
2:26-cv-00999-RFB-DJA
2:26-cv-00156-RFB-MDC
2:26-cv-01053-RFB-BNW
2:26-cv-01104-RFB-NJK
3:26-cv-00260-MMD-CLB
2:26-cv-01172-RFB-DJA
2:26-cv-01177-RFB-EJY
2:25-cv-02137-RFB-DJA
2:26-cv-00751-RFB-DJA
2:25-cv-02117-RFB-EJY
2:26-cv-01221-RFB-NJK
2:26-cv-01216-RFB-NJK
2:26-cv-01215-RFB-EJY
2:26-cv-01224-RFB-DJA
2:26-cv-01219-RFB-EJY
2:26-cv-01242-RFB-DJA
2:26-cv-00296-RFB-MDC
3:26-cv-00294-RFB-CSD
2:26-cv-01280-RFB-MDC
2:26-cv-01301-RFB-MDC
2:26-cv-01307-RFB-DJA
2:26-cv-01314-RFB-DJA
2:26-cv-00828-RFB-DJA
2:26-cv-01366-RFB-NJK
2:26-cv-00587-RFB-MDC
2:26-cv-01365-RFB-EJY
2:26-cv-01379-RFB-NJK
2:26-cv-01389-RFB-BNW
2:26-cv-01381-RFB-NJK
2:26-cv-01367-RFB
2:26-cv-00927-RFB-BNW
2:26-cv-00977-RFB-NJK
2:26-cv-01429-RFB-MDC
2:26-cv-01441-RFB-BNW
2:26-cv-01516-RFB-DJA
2:26-cv-01517-RFB-BNW
2:26-cv-01559-RFB-DJA
2:26-cv-01649-RFB-DJA
2:26-cv-01061-RFB-EJY
3:26-cv-00415-RFB-CSD
2:26-cv-01513-RFB-BNW
2:26-cv-01741-GMN-MDC
2:26-cv-01790-RFB-BNW
2:26-cv-01930-RFB-EJY
2:26-cv-01400-RFB-EJY
2:26-cv-01915-RFB-EJY
2:26-cv-01370-RFB-EJY
3:26-cv-00288-RFB-CSD
2:26-cv-01965-RFB-BNW
2:26-cv-01970-RFB-BNW
2:26-cv-01966-RFB-MDC
2:26-cv-02044-RFB-EJY
2:26-cv-02059-RFB-NJK
2:26-cv-02083-RFB-MDC
2:26-cv-02123-RFB-NJK
2:26-cv-02131-RFB-MDC
2:26-cv-02127-RFB-EJY
2:26-cv-02118-RFB-DJA
2:26-cv-01805-RFB-MDC
2:26-cv-02153-RFB-NJK
2:26-cv-02155-RFB-JAD
2:26-cv-02154-RFB-EJY
2:26-cv-02158-RFB-MDC

2:26-cv-02190-RFB-MDC
2:26-cv-02203-RFB-MDC
2:26-cv-02242-RFB-MDC
2:26-cv-02240-RFB-BNW
2:26-cv-02260-RFB-DJA
2:26-cv-02295-RFB-EJY
2:26-cv-02294-RFB-DJA
2:26-cv-02296-RFB-NJK
2:26-cv-02302-RFB-BNW
2:26-cv-02293-APG-DJA
2:26-cv-02301-RFB-NJK
2:26-cv-02299-RFB-BNW
2:26-cv-02297-RFB-NJK
2:26-cv-02316-RFB-NJK
2:26-cv-02345-RFB-DJA
2:26-cv-02339-RFB-MDC
2:26-cv-02342-RFB-BNW
2:26-cv-02322-RFB-BNW
2:26-cv-02338-RFB-NJK
2:26-cv-02336-RFB-MDC
2:26-cv-02367-RFB-DJA
2:26-cv-02373-RFB-EJY
2:26-cv-02365-RFB-MDC
2:26-cv-02374-RFB-MDC
2:26-cv-02372-RFB-BNW
2:26-cv-02362-RFB-BNW
2:26-cv-02409-RFB-MDC
2:26-cv-00592-RFB-EJY
2:26-cv-01240-RFB-BNW
2:26-cv-02502-RFB-EJY
2:26-cv-02192-RFB-EJY
2:26-cv-02508-RFB-DJA
2:26-cv-01753-RFB-DJA
2:26-cv-01444-RFB-BNW
2:26-cv-01799-RFB-NJK
2:26-cv-02181-RFB-NJK
2:26-cv-02435-RFB-NJK
2:26-cv-02472-RFB-DJA
2:26-cv-02437-RFB-DJA
2:26-cv-02480-RFB-DJA
2:26-cv-02557-RFB-EJY
2:26-cv-02482-RFB-EJY
2:26-cv-01968-RFB-NJK
2:26-cv-02235-RFB-BNW
2:26-cv-02184-RFB-DJA
2:26-cv-02736-RFB-EJY
2:26-cv-01976-RFB-MDC
2:26-cv-02102-RFB-BNW
2:26-cv-02651-RFB-MDC
2:26-cv-02633-RFB
2:26-cv-02468-RFB-MDC
2:26-cv-02542-RFB-EJY
2:26-cv-02692-RFB-BNW
2:26-cv-02730-RFB-MDC
2:26-cv-02601-RFB-DJA
2:26-cv-02636-RFB
2:26-cv-02952-RFB-MDC
2:26-cv-02791-RFB-EJY
2:26-cv-02837-RFB-DJA
2:26-cv-02801-RFB-DJA
2:26-cv-02484-RFB-DJA
2:26-cv-02696-RFB-EJY
2:26-cv-02771-RFB-DJA
2:26-cv-02788-RFB-BNW
2:26-cv-02835-RFB-EJY

2:26-cv-02622-RFB-EJY
2:26-cv-02874-RFB-EJY
2:26-cv-02813-RFB-NJK
2:26-cv-02808-RFB-DJA
2:26-cv-02838-RFB-MDC
2:26-cv-02595-RFB-EJY
2:26-cv-02171-RFB-MDC
2:26-cv-02909-RFB-NJK
2:25-cv-02194-RFB-BNW

Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

| Date Filed | # | Docket Text |
|---|---|---|
| 03/30/2026 | 96 | **ORDER** Granting Motion for Partial Summary Judgment.<br><br>For the foregoing reasons, **IT IS HEREBY ORDERED** that Plaintiffs-Petitioners' 74 Motion for Partial Summary Judgment is **GRANTED**. *See Order for details*.<br><br>**IT IS FURTHER ORDERED** that Defendants must provide notice of the Court's judgment using the form attached to this Order as Appendix B ("the Notice") to Class Members. *See Order for details and deadlines*.<br><br>A Status Conference is set for 4/2/2026 at 01:15 PM in LV Courtroom 7C before Judge Richard F. Boulware II. A representative for the Federal Public Defender for the District of Nevada (FPD) is instructed to appear to discuss assisting and/or representing individual Class Members who may file habeas petitions to enforce this Court's Order and partial judgment. The Clerk of Court is instructed to send a copy of this Order to the FPD.<br><br>Signed by Judge Richard F. Boulware, II on 3/30/2026.<br><br>(Copies have been distributed pursuant to the NEF - IML) (Entered: 03/30/2026) |
| 03/31/2026 | 97 | PARTIAL SUMMARY JUDGMENT in favor of Plaintiffs on Ground I, Ground II, and IN PART on Ground III ("not in accordance with law" under § 706(2)(A)). Signed by Clerk of Court Debra K. Kempi on 3/31/2026. (Copies have been distributed pursuant to the NEF - MAM) (Entered: 04/01/2026) |
| 04/02/2026 | 98 | TRANSCRIPT of Proceedings, 93 Status Conference, held on 3/16/2026, before Judge Richard F. Boulware, II. Court Reporter: Patricia Eaker, Patricia_Ganci@nvd.uscourts.gov. Any Redaction Request is due by 4/23/2026. Release of the Transcript Restriction is set for 7/1/2026. Before release date, the transcript may be viewed at the court public terminal or purchased through the court reporter. After release date, it may be obtained through the court reporter or PACER.<br><br>**THIS TRANSCRIPT MUST NOT BE ATTACHED AS AN EXHIBIT OR MADE PART OF AN APPENDIX. See Local Rule IA 10-3.(b).**<br>(PLE) (Entered: 04/02/2026) |
| 04/02/2026 | 99 | MINUTES OF PROCEEDINGS - Status Conference held on 4/2/2026 before Judge Richard F. Boulware, II. Crtrm Administrator: *D Smith*; Pla Counsel: *Sadmira Ramic, Michael Kagan and Andrew Elkins and Heidi Ojeda*; Def Counsel: *Christian Ruiz for Federal Defendants, Ashlee Hesman for Warden Mattos*.; Court Reporter: *P. Eaker*; Time of Hearing: *1:20 - 1:56*; Courtroom: *7C*<br><br>The Court makes preliminary remarks and discusses the recent Ninth Circuit Order granting the government's emergency motion to stay in Bautista v. U.S. Dept Homeland Sec., No. 26-1044, Dkt. No. 17 (Mar. 31, 2026). Parties to inform the Court whether they contend the panel's decision effects this action.<br><br>With no objections from the parties and for the reasons stated on the record, **IT IS ORDERED** the Federal Public Defender's Office is appointed as co-class counsel in this matter. The FPD is **ORDERED** to sign by **April 3, 2026** a copy of the protective order in this case.<br><br>The Court and parties discuss the status of this matter and the ongoing production by Respondents as previously ordered. The Court CONFIRMS that Federal Respondents are ORDERED to CONTINUE to produce to Class Counsel<br>(1) **EVERY MONDAY** a current list of detainees in ICE custody in the District of Nevada as of the preceding Friday, excluding those with a final order of removal;<br>(2) **EVERY WEDNESDAY,** Federal Defendants must produce to Class Counsel copies of the unsigned digital Form I-213s for each listed detainee from the EAGLE database. If there are any Form I-213s for listed detainees not yet available by that date, Federal Defendants shall so indicate and produce the Form I-213s the following **WEDNESDAY.**<br><br>IT IS FURTHER ORDERED that if detainees on the list are no longer in custody, Federal Respondents must include in the list produced **EVERY MONDAY** the "out date" i.e. date of their release.<br><br>**This matter is continued for a status conference on Thursday, 4/9/2026 at 2:00 p.m.**<br><br>The parties are directed to meet and confer regarding the form and process for providing notice, template habeas petitions, the manner by which Class Counsel will contact and/or visit detained potential Class Members; and the process for submission of petitions at detention facilities and filing with the Court. |

IT IS FURTHER ORDERED that Plaintiffs shall file an Amended Complaint adding the two parties that the Court finds to be indispensable parties (i.e. the facility wardens for Henderson Detention Center and Washoe Detention Center as Defendants) by **April 10, 2026.**

IT IS FURTHER ORDERED that the **April 7, 2026** deadline regarding Notice in the Courts 97 Order is **VACATED,** pending further order of the Court. Class counsel to submit proposed amended notice, template habeas petition, and proposed process for provision of notice and filing of petitions by April 8, 2026. Any objections by Federal Respondents will be heard at the **April 9, 2026** Status Conference.

**(no image attached)** (Copies have been distributed pursuant to the NEF - DRS) Modified date of hearing on 4/3/2026 (DRS). (Entered: 04/03/2026)

---

## PACER Service Center

### Transaction Receipt

09/24/2026 14:33:24

| | | | |
|---|---|---|---|
| **PACER Login:** | leila.kang | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:25-cv-02136-RFB-MDC Starting with document: 96 Ending with document: 99 |
| **Billable Pages:** | 21 | **Cost:** | 2.10 |